

STATE OF ALABAMA
DEPARTMENT OF INSURANCE
201 MONROE STREET, SUITE 1700
POST OFFICE BOX 303351
MONTGOMERY, ALABAMA 36130-3351
Telephone: (334) 269-3550
Facsimile: (334) 241-4192

DON SIEGELMAN
GOVERNOR

D. DAVID PARSONS
ACTING COMMISSIONER

CHIEF EXAMINER
RICHARD L. FORD

STATE FIRE MARSHAL
JOHN S. ROBISON

GENERAL COUNSEL
MICHAEL A. BOWNES

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

IN THE MATTER OF:              )
                               )
AMERICAN MEDICAL SECURITY, INC.)   CASE NO. C-99-    D
and UNITED WISCONSIN LIFE      )
INSURANCE COMPANY              )

## CONSENT ORDER

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

1. United Wisconsin Life Insurance Company ("UWLIC") is a duly licensed and authorized insurer who does business in the State of Alabama and whose principal place of business is Green Bay, Wisconsin. American Medical Security, Inc. ("AMS") is a Delaware Corporation and a third-party administrator transacting business in the State of Alabama on behalf of United Wisconsin Life Insurance Company.

2. AMS administers trusts which are domiciled in the State of Alabama. Policies are issued to these trusts by UWLIC. UWLIC issues certificates of health insurance under health insurance policies issued to the trustees of the "Prescription for Good Health Trust" and the "American Medical Security Trust" to eligible members in the State of Alabama.

3. The Alabama Department of Insurance (hereinafter referred to as the Department) has conducted an investigation of the insurance related activities of UWLIC and AMS.

4. It is the Department's position that certain compliance practices and processes of AMS and UWLIC were not being conducted in accordance with the Alabama Insurance Code and regulations.

5. While AMS and UWLIC do not agree with the Department's position and in fact deny that they have violated any laws or regulations of the Department, they do agree to conform their rating practices to the requirements of the Departmental Bulletin



CONSENT ORDER
CASE NO. C-99-    D
PAGE 2

dated September 9, 1999. Further, the companies agree to reimburse the Department for its administrative costs in the amount of $10,000.

6. The Department's current investigation into the business practices of UWLIC and AMS is therefore now concluded and this Consent Order constitutes the full and final resolution as to all matters reviewed in such current investigation.

7. The Department acknowledges that the companies have made progress in improving its compliance practices and processes.

8. The companies hereby acknowledge that they are knowingly and voluntarily waiving all rights to an administrative hearing or to any challenge or to contest this Consent Order, in any forum now available to it, including but not limited to, the right to any administrative proceeding, circuit or federal court action, or any appeal of the Commissioner's Order.

DONE and ORDERED this __1__ day of __Oct_____, 1999.

_____
D. DAVID PARSONS
ACTING COMMISSIONER OF INSURANCE

STIPULATED and APPROVED this __1__ day of __October_____, 1999.

_____
AMERICAN MEDICAL SECURITY, INC.

_____
UNITED WISCONSIN LIFE INSURANCE COMPANY