IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

ALEXANDER MYHAND, )
)
)
Plaintiff, )
)
v. ) CIVIL ACTION NO. CV-05-19
)
AMERICAN MEDICAL SECURITY, INC., )
et. al., )
)
Defendants. )

## DEFENDANTS UNITED WISCONSIN LIFE INSURANCE COMPANY AND AMERICAN MEDICAL SECURITY, INC.'S MOTION TO DISMISS

Defendants American Medical Security, Inc. ("AMS") and United Wisconsin Life Insurance Company ("UWLIC") (collectively referred to hereinafter "Defendants"), pursuant to Rule 12(b)(6) of the *Alabama Rules of Civil Procedure*, respectfully request this Court to enter an Order dismissing Plaintiff's Complaint. In support of their motion, UWLIC and AMS rely on the pleadings and their memorandum in support of their motion to dismiss, filed contemporaneously herewith. As grounds for their motion, Defendants state as follows:

1. The entire Complaint must be dismissed because Plaintiff's claims are within the primary jurisdiction of the Alabama Department of Insurance.

2. Plaintiff's fraudulent suppression claim must be dismissed because, as a matter of law, Defendants had no duty to disclose to Plaintiff how his insurance premiums were calculated.

3. The fraud and fraudulent suppression claims, as well as Plaintiff's claims for negligent, reckless and wanton conduct are all barred by Alabama's two-year (2) limitations period.

4. Plaintiff's breach of contract claim must be dismissed because Plaintiff's allegation fails to set forth how his alleged contract was breached and how Defendants failed to

perform their obligations under said contract. Further, the breach of contract claim impermissibly seeks to enforce an indefinite agreement-to-agree in the future.

5. No conspiracy claim can be maintained against AMS and UWLIC, as they are sister companies sharing a unity of interest and cannot combine to form a conspiracy.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, Defendants UWLIC and AMS respectfully request this Court enter an Order dismissing the Plaintiff's Complaint.

**ORAL ARGUMENT REQUESTED.**

Respectfully submitted,

_____
James E. Fleenor, Jr. (FLE-013)
Harlan F. Winn, III (WIN-023)
Michael J. Clemmer (CLE-029)
Attorneys for Defendants,
AMERICAN MEDICAL SECURITY, INC. AND
UNITED WISCONSIN LIFE INSURANCE CO.

**OF COUNSEL:**

BATTLE, FLEENOR, GREEN,
   WINN & CLEMMER LLP
The Financial Center, Suite 1150
505 North 20th Street
Birmingham, Alabama  35203

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served on the following counsel of record by placing same in the United States mail, postage prepaid, addressed as follows:

Ted L. Mann, Esq.
Mann, Cowan & Potter, P.C.
Suite 601
2000-B SouthBridge Parkway
Birmingham, Alabama 35209

on this the 2 day of _____, 2005.

                                    OF COUNSEL