IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

CURTIS B. DAVIS,                         *

        PLAINTIFF                 *

v.                                       *    CASE NO. CV-03-770-WHR

AMERICAN MED. SEC., INC., et al,*

        DEFENDANTS                *

## O R D E R

"Defendants United Wisconsin Life Insurance Company and American Medical Security, Inc.'s Motion to Dismiss" is hereby DENIED. Said Defendants are <u>each</u> given thirty (30) days to answer.

DONE this the 7th day of July 2003.

_____
WILLIAM H. RHEA, III, CIRCUIT JUDGE

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Order upon the following on this the 7th day of July 2003.

_____
Sue W. Hall, Judicial Assistant to
William H. Rhea, III, Circuit Judge

xc:   Ted Mann, Esquire
     2000-B SouthBridge Parkway, Suite 601
     Birmingham, AL 35209

     Michael J. Clemmer, Esquire
     3100 SouthTrust Tower
     420 No. 20th Street
     Birmingham, AL 35203



EXHIBIT
A

On-Line SJIS Case Detail: MANN, COWAN & POTTER, P.C.

 *alacourt.com's*

## OffLine Case Detail

### Complete Through 10/13/2004



You can check this case in the RealTime System here

| Case | | | | | | | |
|------|---|---|---|---|---|---|---|
| County | 48 - Marengo | Case Number | CV200200010300 | JID | -EH | Trial | J |
| Style | BARBARA M PATTERSON VS AMERICAN MEDICAL SECURITY, ET AL | | | | | | |
| Code | TBFM | Type | BAD FAITH/FRAUD/MISR | Filed | 5/29/2002 | Track | |
| Amount | | Status | A | Plaintiffs | 001 | Defendants | 004 |
| DJID | | Court Action | - . | | | For | |
| Damages-Comp | | Damages-Pun | | Damages-Gen | | No. Damages | |
| Trial Days | 0000 | Lien | | | | | |

| Settings | | | | | | | |
|----------|---|---|---|---|---|---|---|
| Date 1 | 1/6/2005 | Que 1 | 001 | Time 1 | 0900 A | Description | PTRC - PRETRIAL CONFERENCE |
| Date 2 | 5/28/2003 | Que 2 | 001 | Time 2 | 0130 P | Description | MOTD - MOTION DOCKET |
| Date 3 | 9/30/2004 | Que 3 | 001 | Time 3 | 0900 A | Description | PTRC - PRETRIAL CONFERENCE |
| Date 4 | | Que 4 | | Time 4 | | Description | - |
| Cont Date | 10/5/2004 | Why | | | | Cont # | 11 |
| RevJmt | | Admin Date | | Why | | | |
| Appeal Date | | CRT | | Case | 000000000000 | | |
| TBNV1 | | TBNV2 | | DSDT | | DTYP | |
| Comment 1 | | | | | | | |
| Comment 2 | | | | | | | |

| Party 1 | | | | | | |
|---------|---|---|---|---|---|---|
| Party | C001 | Name | PATTERSON BARBARA M | | Type | I |
| INDX | D AMERICAN MED | ANAM | | | JID | -EH |
| SSN | XXX-XX- | Address 1 | | | Sex | |
| DOB | | Address 2 | | | Race | |
| Country | US | City | AL | | Phone | 334-000-0000 |
| Atty 1 | MAN021 | Atty 2 | GIB028 | Atty 3 | Atty 4 | |
| Atty 5 | | Atty 6 | | | | |
| Issued | | Type | | Reissue | Type | |
| Return | | Type | | Return | Type | |
| Service | | Type | | Serv On | By | |
| Answer | | Type | | NS Not | NA Not | |
| Warrant | | Type | | Arrest | | |
| CACT | | Date | | For | Exep | |
| AMT | | Cost | | Other | Satisfied | |
| Comment | | | | | | |

| Party 2 | | | | | | |
|---------|---|---|---|---|---|---|
| Party | D001 | Name | AMERCIAN MEDICAL SECURITY, INC. | | Type | B |
| INDX | C PATTERSON, B | ANAM | | | JID | -EH |
| SSN | XXX-XX- | Address 1 | C/O THE CORPORATION CO | | Sex | |
| DOB | | Address 2 | 2000 INTERSTATE PK DR | | Race | |
| Country | US | City | MONTGOMERY.AL 36109 | | Phone | 334-000-0000 |
| Atty 1 | FLE013 | Atty 2 | MCK030 | Atty 3 | MUD005 | Atty 4 | MET011 |
| Atty 5 | WIN023 | Atty 6 | CLE029 | | | |
| Issued | 5/29/2002 | Type | C | Reissue | Type | |
| Return | | Type | | Return | Type | |

| Service | 5/30/2002 | Type | C | Serv On | | By | |
|---|---|---|---|---|---|---|---|
| Answer | 7/1/2002 | Type | D | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Party 3**

| Party | D002 | Name | UNITED WISCONSIN LIFE INSURANCE CO. | | | Type | B |
|---|---|---|---|---|---|---|---|
| INDX | C PATTERSON, B | ANAM | | | | JID | -EH |
| SSN | XXX-XX- | Address 1 | C/O THE CORPORATION CO | | | Sex | |
| DOB | | Address 2 | 2000 INTERSTATE PK DRIVE | | | Race | |
| Country | US | City | MONTGOMERY AL 36109 | | | Phone | 334-000-0000 |
| Atty 1 | FLE013 | Atty 2 | MCK030 | Atty 3 | MUD005 | Atty 4 | WIN023 |
| Atty 5 | CLE029 | Atty 6 | | | | | |
| Issued | 5/29/2002 | Type | C | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 5/30/2002 | Type | C | Serv On | | By | |
| Answer | 7/1/2002 | Type | D | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Party 4**

| Party | D003 | Name | BILL DAVIS INSURANCE | | | Type | B |
|---|---|---|---|---|---|---|---|
| INDX | C PATTERSON, B | ANAM | | | | JID | -EH |
| SSN | XXX-XX- | Address 1 | 401 NORTH 6TH STREET | | | Sex | |
| DOB | | Address 2 | P. O. BO 407 | | | Race | |
| Country | US | City | CLANTON AL 35045 | | | Phone | 334-000-0000 |
| Atty 1 | WOL012 | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 5/29/2002 | Type | C | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 5/30/2002 | Type | C | Serv On | | By | |
| Answer | 7/30/2002 | Type | D | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Party 5**

| Party | D004 | Name | DAVIS BILL | | | Type | I |
|---|---|---|---|---|---|---|---|
| INDX | C PATTERSON, B | ANAM | | | | JID | -EH |
| SSN | XXX-XX- | Address 1 | 401 NORTH 6TH STREET | | | Sex | |
| DOB | | Address 2 | P.O. BOX 407 | | | Race | |
| Country | US | City | CLANTON AL 35045 | | | Phone | 334-000-0000 |
| Atty 1 | WOL012 | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 5/29/2002 | Type | C | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 5/30/2002 | Type | C | Serv On | | By | |
| Answer | 7/30/2002 | Type | D | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Case Action Summary**

| Date | Code | Comments | Operator |
|---|---|---|---|
| 5/29/2002 10:49:06 AM | ASSJ | ASSIGNED TO JUDGE: EDDIE HARDAWAY (AV01) | JAW |
| 5/29/2002 10:49:07 AM | TDMJ | JURY TRIAL REQUESTED (AV01) | JAW |

| | | | |
|---|---|---|---|
| 5/29/2002 10:49:08 AM | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | JAW |
| 5/29/2002 10:49:09 AM | DAT1 | SET FOR: PRETRIAL CONFERENCE ON 10/02/2002 AT 090 | JAW |
| 5/29/2002 10:49:10 AM | ORIG | ORIGIN: INITIAL FILING (AV01) | JAW |
| 5/29/2002 10:52:35 AM | PART | PATTERSON BARBARA M ADDED AS C001 (AV02) | JAW |
| 5/29/2002 10:54:48 AM | PART | AMERCIAN MEDICAL SECURITY, INC. ADDED AS D001 | JAW |
| 5/29/2002 10:54:48 AM | PART | AMERCIAN MEDICAL SECURITY, INC. ADDED AS D001 | JAW |
| 5/29/2002 10:54:48 AM | PART | AMERCIAN MEDICAL SECURITY, INC. ADDED AS D001 | JAW |
| 5/29/2002 10:54:49 AM | SUMM | CERTIFIED MAI ISSUED: 05/29/2002 TO D001 (AV02) | JAW |
| 5/29/2002 10:55:44 AM | PART | UNITED WISCONSIN LIFE INSURANCE CO. ADDED AS D002 | JAW |
| 5/29/2002 10:55:44 AM | PART | UNITED WISCONSIN LIFE INSURANCE CO. ADDED AS D002 | JAW |
| 5/29/2002 10:55:44 AM | PART | UNITED WISCONSIN LIFE INSURANCE CO. ADDED AS D002 | JAW |
| 5/29/2002 10:55:45 AM | SUMM | CERTIFIED MAI ISSUED: 05/29/2002 TO D002 (AV02) | JAW |
| 5/29/2002 10:57:17 AM | PART | BILL DAVIS INSURANCE ADDED AS D003 (AV02) | JAW |
| 5/29/2002 10:57:18 AM | SUMM | CERTIFIED MAI ISSUED: 05/29/2002 TO D003 (AV02) | JAW |
| 5/29/2002 10:58:04 AM | PART | DAVIS BILL ADDED AS D004 (AV02) | JAW |
| 5/29/2002 10:58:05 AM | SUMM | CERTIFIED MAI ISSUED: 05/29/2002 TO D004 (AV02) | JAW |
| 5/29/2002 10:59:16 AM | ATTY | LISTED AS ATTORNEY FOR C001: MANN TEDDY LEE (AV02) | JAW |
| 5/29/2002 11:00:40 AM | TEXT | LISTED AS ATTORNEY FOR C001: GIBBS JOHN MARCUS | JAW |
| 5/29/2002 11:00:40 AM | TEXT | LISTED AS ATTORNEY FOR C001: GIBBS JOHN MARCUS | JAW |
| 5/29/2002 11:01:34 AM | CASP | CASE ACTION SUMMARY PRINTED (AV02) | JAW |
| 5/29/2002 11:02:13 AM | TEXT | PLAINTIFFS CONSOLIDATED INTERROGATORIES AND | JAW |
| 5/29/2002 11:02:13 AM | TEXT | PLAINTIFF'S CONSOLIDATED INTERROGATORIES AND | JAW |
| 5/29/2002 11:02:14 AM | TEXT | REQUEST FOR PRODUCTION OF DOCUMENTS FILED BY ATTYS | JAW |
| 5/29/2002 11:02:15 AM | TEXT | MANN & GIBBS. | JAW |
| 5/29/2002 11:02:15 AM | TEXT | MANN & GIBBS. | JAW |
| 5/30/2002 9:01:36 AM | DAT3 | SET FOR: PRETRIAL CONFERENCE ON 10/02/2002 AT 090 | DER |
| 5/31/2002 11:17:34 AM | SERC | SERVICE OF CERTIFIED MAI ON 05/30/2002 FOR D001 | JAW |
| 5/31/2002 11:17:34 AM | SERC | SERVICE OF CERTIFIED MAI ON 05/30/2002 FOR D001 | JAW |
| 5/31/2002 11:17:43 AM | SERC | SERVICE OF CERTIFIED MAI ON 05/30/2002 FOR D002 | JAW |
| 5/31/2002 11:17:43 AM | SERC | SERVICE OF CERTIFIED MAI ON 05/30/2002 FOR D002 | JAW |
| 6/4/2002 10:10:31 AM | SERC | SERVICE OF CERTIFIED MAI ON 05/30/2002 FOR D004 | JAW |
| 6/4/2002 10:10:31 AM | SERC | SERVICE OF CERTIFIED MAI ON 05/30/2002 FOR D004 | JAW |
| 6/4/2002 10:10:31 AM | SERC | SERVICE OF CERTIFIED MAI ON 05/30/2002 FOR D004 | JAW |
| 6/4/2002 10:10:42 AM | SERC | SERVICE OF CERTIFIED MAI ON 05/30/2002 FOR D003 | JAW |
| 6/4/2002 10:10:42 AM | SERC | SERVICE OF CERTIFIED MAI ON 05/30/2002 FOR D003 | JAW |
| 6/4/2002 10:10:42 AM | SERC | SERVICE OF CERTIFIED MAI ON 05/30/2002 FOR D003 | JAW |
| 7/1/2002 1:16:08 PM | ATTY | LISTED AS ATTORNEY FOR D001: FLEENOR JAMES E JR | JAW |
| 7/1/2002 1:16:08 PM | ATTY | LISTED AS ATTORNEY FOR D001: FLEENOR JAMES E JR | JAW |
| 7/1/2002 1:16:08 PM | ATTY | LISTED AS ATTORNEY FOR D001: FLEENOR JAMES E JR | JAW |
| 7/1/2002 1:16:09 PM | ATTY | LISTED AS ATTORNEY FOR D001: MCKINNEY RICKY J | JAW |
| 7/1/2002 1:16:09 PM | ATTY | LISTED AS ATTORNEY FOR D001: MCKINNEY RICKY J | JAW |
| 7/1/2002 1:16:09 PM | ATTY | LISTED AS ATTORNEY FOR D001: MCKINNEY RICKY J | JAW |
| 7/1/2002 1:16:10 PM | ANSW | ANSWER OF COMP DENIED ON 07/01/2002 FOR D001(AV02) | JAW |
| 7/1/2002 1:16:11 PM | ATTY | LISTED AS ATTORNEY FOR D001: MUDANO MITCHELL SEBA | JAW |
| 7/1/2002 1:16:11 PM | ATTY | LISTED AS ATTORNEY FOR D001: MUDANO MITCHELL SEBA | JAW |
| 7/1/2002 1:16:11 PM | ATTY | LISTED AS ATTORNEY FOR D001: MUDANO MITCHELL SEBA | JAW |
| 7/1/2002 1:17:40 PM | ATTY | LISTED AS ATTORNEY FOR D002: FLEENOR JAMES E JR | JAW |
| 7/1/2002 1:17:40 PM | ATTY | LISTED AS ATTORNEY FOR D002: FLEENOR JAMES E JR | JAW |
| 7/1/2002 1:17:40 PM | ATTY | LISTED AS ATTORNEY FOR D002: FLEENOR JAMES E JR | JAW |
| 7/1/2002 1:17:41 PM | ATTY | LISTED AS ATTORNEY FOR D002: MCKINNEY RICKY J | JAW |
| 7/1/2002 1:17:41 PM | ATTY | LISTED AS ATTORNEY FOR D002: MCKINNEY RICKY J | JAW |
| 7/1/2002 1:17:41 PM | ATTY | LISTED AS ATTORNEY FOR D002: MCKINNEY RICKY J | JAW |
| 7/1/2002 1:17:42 PM | ATTY | LISTED AS ATTORNEY FOR D002: MUDANO MITCHELL SEBA | JAW |
| 7/1/2002 1:17:42 PM | ATTY | LISTED AS ATTORNEY FOR D002: MUDANO MITCHELL SEBA | JAW |
| 7/1/2002 1:17:42 PM | ATTY | LISTED AS ATTORNEY FOR D002: MUDANO MITCHELL SEBA | JAW |
| 7/1/2002 1:17:43 PM | ANSW | ANSWER OF COMP DENIED ON 07/01/2002 FOR D002(AV02) | JAW |
| 7/3/2002 11:41:41 AM | TEXT | DEFENDANTS FIRST AMENDED ANSWER FILED BY ATTY. | JAW |

| | | | |
|---|---|---|---|
| 7/3/2002 11:41:42 AM | TEXT | FLEENOR. | JAW |
| 7/30/2002 1:00:59 PM | ATTY | LISTED AS ATTORNEY FOR D003: WOLTER DANIEL SERENU | JAW |
| 7/30/2002 1:01:15 PM | ATTY | LISTED AS ATTORNEY FOR D004: WOLTER DANIEL SERENU | JAW |
| 7/30/2002 1:01:33 PM | ANSW | ANSWER OF COMP DENIED ON 07/30/2002 FOR D003(AV02) | JAW |
| 7/30/2002 1:01:41 PM | ANSW | ANSWER OF COMP DENIED ON 07/30/2002 FOR D004(AV02) | JAW |
| 7/30/2002 1:03:24 PM | TEXT | ANSWER, FIRST INTERROGATORIES TO THE PLAINTIFF, | JAW |
| 7/30/2002 1:03:25 PM | TEXT | AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS | JAW |
| 7/30/2002 1:03:26 PM | TEXT | FILED BY ATTY. WOLTER. | JAW |
| 8/14/2002 1:14:01 PM | TEXT | AMENDED ANSWER FILED BY ATTY. WOLTER ON BEHALF OF | JAW |
| 8/14/2002 1:14:02 PM | TEXT | BILL DAVIS INS. AND BILL DAVIS. | JAW |
| 9/9/2002 2:34:41 AM | DOCK | NOTICE SENT: 09/09/2002 GIBBS JOHN MARCUS | DER |
| 9/9/2002 2:37:59 AM | DOCK | NOTICE SENT: 09/09/2002 MANN TEDDY LEE | DER |
| 9/9/2002 2:38:59 AM | DOCK | NOTICE SENT: 09/09/2002 WOLTER DANIEL SERENUS | DER |
| 9/9/2002 2:38:59 AM | DOCK | NOTICE SENT: 09/09/2002 FLEENOR JAMES E JR | DER |
| 9/9/2002 2:38:59 AM | DOCK | NOTICE SENT: 09/09/2002 MUDANO MITCHELL SEBASTIA | DER |
| 9/9/2002 2:38:59 AM | DOCK | NOTICE SENT: 09/09/2002 MCKINNEY RICKY J | DER |
| 9/9/2002 2:38:59 AM | DOCK | NOTICE SENT: 09/09/2002 FLEENOR JAMES E JR | DER |
| 9/9/2002 2:38:59 AM | DOCK | NOTICE SENT: 09/09/2002 MCKINNEY RICKY J | DER |
| 9/9/2002 2:38:59 AM | DOCK | NOTICE SENT: 09/09/2002 MUDANO MITCHELL SEBASTIA | DER |
| 9/9/2002 2:38:59 AM | DOCK | NOTICE SENT: 09/09/2002 WOLTER DANIEL SERENUS | DER |
| 9/9/2002 2:38:59 AM | DOCK | NOTICE SENT: 09/09/2002 MCKINNEY RICKY J | DER |
| 9/9/2002 2:38:59 AM | DOCK | NOTICE SENT: 09/09/2002 MUDANO MITCHELL SEBASTIA | DER |
| 9/9/2002 2:38:59 AM | DOCK | NOTICE SENT: 09/09/2002 FLEENOR JAMES E JR | DER |
| 10/2/2002 2:59:10 AM | DAT1 | CASE SET ON 01/16/2003 | DER |
| 10/3/2002 12:36:59 AM | TEXT | MOTION TO STAY PROCEEDINGS AND COMPEL ARBITRATION | ELC |
| 10/3/2002 12:36:59 AM | TEXT | FILED BY ATTY. FLEENOR. PLACED ON THE JUDGE'S | ELC |
| 10/3/2002 12:36:59 AM | TEXT | MOTION TO STAY PROCEEDINGS AND COMPEL ARBITRATION | ELC |
| 10/3/2002 12:36:59 AM | TEXT | FILED BY ATTY. FLEENOR. PLACED ON THE JUDGE'S | ELC |
| 10/3/2002 12:38:42 AM | TEXT | DESK. | ELC |
| 10/10/2002 10:53:20 AM | TEXT | NOTICE OF FILING OF AFFIDAVIT & AFFIDAVIT OF | JAW |
| 10/10/2002 10:53:21 AM | TEXT | JOSEPH W. KEEN FILED BY ATTY. FLEENOR. | JAW |
| 10/10/2002 10:53:43 AM | ATTY | LISTED AS ATTORNEY FOR D001: METHENY KRISTIN BRYA | JAW |
| 11/14/2002 9:58:35 AM | TRAN | TRANSMITTAL NOTICE SENT TO DEFENSE ATTORNEY 1 | DER |
| 1/17/2003 1:10:48 PM | DESC | DATE 2 DESC CODE CHANGED TO HEARHEARING | DER |
| 1/17/2003 1:10:49 PM | DOC2 | CASE SET ON 02/03/2003 FOR HEAR | DER |
| 1/17/2003 1:10:50 PM | DOCK | DOCKET NOTICE SENT TO ALL ATTORNEYS | DER |
| 1/23/2003 2:20:59 AM | DAT3 | CASE SET ON 04/30/2003 | DER |
| 1/30/2003 2:19:54 PM | TEXT | PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION TO | JAW |
| 1/30/2003 2:19:55 PM | TEXT | STAY PROCEEDINGS AND COMPEL ARBITRATION FILED | JAW |
| 1/30/2003 2:19:56 PM | TEXT | BY ATTY. MANN. PLACED ON THE JUDGE'S DESK. | JAW |
| 2/4/2003 12:24:38 AM | TEXT | ORDER SIGNED BY JUDGE HARDAWAY DENYING DEFENDANTS | JAW |
| 2/4/2003 12:24:39 AM | TEXT | MOTION TO COMPEL ARBITRATION. DEFENDANTS MOTION | JAW |
| 2/4/2003 12:24:40 AM | TEXT | TO STAY IS LIKEWISE DENIED. COPIES MAILED TO THE | JAW |
| 2/4/2003 12:30:02 AM | TEXT | ATTYS. OF RECORD. | JAW |
| 2/4/2003 12:45:07 AM | TRAN | TRANSMITTAL NOTICE SENT TO ALL ATTORNEYS | JAW |
| 3/3/2003 2:59:16 AM | DOCK | NOTICE SENT: 03/03/2003 FLEENOR JAMES E JR | DER |
| 3/3/2003 2:59:17 AM | DOCK | NOTICE SENT: 03/03/2003 MCKINNEY RICKY J | DER |
| 3/3/2003 2:59:18 AM | DOCK | NOTICE SENT: 03/03/2003 MUDANO MITCHELL SEBASTIA | DER |
| 3/3/2003 2:59:19 AM | DOCK | NOTICE SENT: 03/03/2003 METHENY KRISTIN BRYANCE | DER |
| 3/3/2003 2:59:20 AM | DOCK | NOTICE SENT: 03/03/2003 WOLTER DANIEL SERENUS | DER |
| 3/3/2003 2:59:35 AM | DOCK | NOTICE SENT: 03/03/2003 GIBBS JOHN MARCUS | DER |
| 3/3/2003 2:59:59 AM | DOCK | NOTICE SENT: 03/03/2003 MANN TEDDY LEE | DER |
| 3/12/2003 10:40:23 AM | TEXT | NOTICE OF SERVICE OF DISCOVERY DOCUMENTS(PLAIN- | JAW |
| 3/12/2003 10:40:24 AM | TEXT | TIFF BARBARA M. PATTERSON 'S RESPONSE TO | JAW |
| 3/12/2003 10:40:25 AM | TEXT | DEFENDANT, BILL DAVIS AND BILL DAVIS INSURANCE'S | JAW |
| 3/12/2003 10:40:26 AM | TEXT | FIRST REQUEST FOR PRODUCTION AND PLAINTIFF, | JAW |
| 3/12/2003 10:40:27 AM | TEXT | PLAINTIFF, BARBARA M. PATTERSON'S ANSWERS TO | JAW |

On-Line SJIS Case Detail: MANN, COWAN & POTTER, P.C.                                    Page 5 of 6

| | | | |
|---|---|---|---|
| 3/12/2003 10:40:28 AM | TEXT | DEFENDANT, BILL DAVIS AND BILL DAVIS INSURANCE'S | JAW |
| 3/12/2003 10:40:29 AM | TEXT | FIRST INTERROGATORIES) FILED BY ATTY. MANN. | JAW |
| 3/27/2003 4:09:38 PM | TEXT | DEFENDANT'S BILL DAVIS INSURANCE AND BILL DAVIS | JAW |
| 3/27/2003 4:09:39 PM | TEXT | MOTION TO DISMISS, OR IN THE ALTERNATIVE TO | JAW |
| 3/27/2003 4:09:40 PM | TEXT | TRANSFER VENUE FILED BY ATTY. WOLTER. PLACED ON | JAW |
| 3/27/2003 4:09:41 PM | TEXT | THE JUDGE'S DESK. | JAW |
| 4/1/2003 4:03:33 PM | TEXT | LETTER FILED BY ATTY. GREEN | JAW |
| 4/14/2003 1:58:20 PM | TEXT | DEFENDANTS' AMERICAN MEDICAL SECURITY, INC. AND | JAW |
| 4/14/2003 1:58:21 PM | TEXT | UNITED WISCONSIN LIFE INS. CO JOINDER IN MOTION | JAW |
| 4/14/2003 1:58:22 PM | TEXT | TO DISMISS, OR IN THE ALTERNATIVE TO TRANSFER | JAW |
| 4/14/2003 1:58:23 PM | TEXT | VENUE FILED BY ATTY. FLEENOR. AFFIDAVIT OF JULIE | JAW |
| 4/14/2003 1:58:24 PM | TEXT | BARNES FILED. PLACED ON THE JUDGE'S DESK. | JAW |
| 4/29/2003 2:29:18 PM | TEXT | DEFENDANTS' SECOND AMENDED ANSWER ON AMERICAN | JAW |
| 4/29/2003 2:29:19 PM | TEXT | MEDICAL SECURITY, INC. FILED BY ATTY. FLEENOR, | JAW |
| 4/29/2003 2:29:20 PM | TEXT | ATTY. MCKINNEY & ATTY. MUDANO. | JAW |
| 4/30/2003 2:26:59 AM | DAT1 | CASE SET ON 08/07/2003 | DER |
| 5/5/2003 10:32:51 AM | DESC | DATE 2 DESC CODE CHANGED TO MOTDMOTION DOCKET | DER |
| 5/5/2003 10:32:52 AM | DOCK | DOCKET NOTICE SENT TO ALL ATTORNEYS | DER |
| 5/5/2003 10:32:53 AM | DOC2 | CASE SET ON 05/28/2003 FOR MOTD | DER |
| 5/12/2003 2:51:17 AM | DAT1 | CASE SET ON 08/07/2003 | DER |
| 5/12/2003 2:58:13 AM | DAT1 | CASE SET ON 08/11/2003 | DER |
| 5/27/2003 1:45:55 PM | TEXT | PLAINTIFF'S OBJECTION TO DEFENDANTS' BILL DAVIS | JAW |
| 5/27/2003 1:45:56 PM | TEXT | INSURANCE AND BILL DAVIS MOTION, TO DISMISS, OR | JAW |
| 5/27/2003 1:45:57 PM | TEXT | IN THE ALTERNATIVE TO TRANSFER VENUE FILED BY | JAW |
| 5/27/2003 1:45:58 PM | TEXT | ATTY. MANN. PLACED ON THE JUDGE'S DESK. | JAW |
| 6/5/2003 10:58:52 AM | TEXT | NOTICE OF SERVICE OF DISCOVERY DOCUMENTS(NOTICE | JAW |
| 6/5/2003 10:58:53 AM | TEXT | OF DEPOSITION OF BILL DAVIS) FILED BY ATTY. MANN. | JAW |
| 6/19/2003 2:08:00 AM | DOCK | NOTICE SENT: 06/19/2003 GIBBS JOHN MARCUS | DER |
| 6/19/2003 2:09:35 AM | DOCK | NOTICE SENT: 06/19/2003 MANN TEDDY LEE | DER |
| 6/19/2003 2:10:44 AM | DOCK | NOTICE SENT: 06/19/2003 FLEENOR JAMES E JR | DER |
| 6/19/2003 2:10:45 AM | DOCK | NOTICE SENT: 06/19/2003 MCKINNEY RICKY J | DER |
| 6/19/2003 2:10:46 AM | DOCK | NOTICE SENT: 06/19/2003 MUDANO MITCHELL SEBASTIA | DER |
| 6/19/2003 2:10:47 AM | DOCK | NOTICE SENT: 06/19/2003 METHENY KRISTIN BRYANCE | DER |
| 6/19/2003 2:10:48 AM | DOCK | NOTICE SENT: 06/19/2003 WOLTER DANIEL SERENUS | DER |
| 6/26/2003 1:43:50 PM | TRAN | TRANSMITTAL NOTICE SENT TO DEFENSE ATTORNEY 1 | DER |
| 8/11/2003 11:36:47 AM | TEXT | DEFENDANTS' FIRST CONSOLIDATED DISCOVERY REQUESTS | JAW |
| 8/11/2003 11:36:48 AM | TEXT | TO PLAINTIFF FILED BY ATTY. FLEENOR. | JAW |
| 8/12/2003 2:07:13 AM | DAT3 | CASE SET ON 10/02/2003 | DER |
| 8/13/2003 2:27:59 AM | DOCK | NOTICE SENT: 08/13/2003 GIBBS JOHN MARCUS | DER |
| 8/13/2003 2:29:19 AM | DOCK | NOTICE SENT: 08/13/2003 MANN TEDDY LEE | DER |
| 8/13/2003 2:30:26 AM | DOCK | NOTICE SENT: 08/13/2003 FLEENOR JAMES E JR | DER |
| 8/13/2003 2:30:27 AM | DOCK | NOTICE SENT: 08/13/2003 MCKINNEY RICKY J | DER |
| 8/13/2003 2:30:28 AM | DOCK | NOTICE SENT: 08/13/2003 MUDANO MITCHELL SEBASTIA | DER |
| 8/13/2003 2:30:29 AM | DOCK | NOTICE SENT: 08/13/2003 METHENY KRISTIN BRYANCE | DER |
| 8/13/2003 2:30:30 AM | DOCK | NOTICE SENT: 08/13/2003 WOLTER DANIEL SERENUS | DER |
| 8/27/2003 11:48:43 AM | TEXT | RE-NOTICE OF DEPOSITION OF BILL DAVIS FILED BY | JAW |
| 8/27/2003 11:48:44 AM | TEXT | ATTY. MANN. | JAW |
| 10/3/2003 2:07:50 AM | DAT1 | CASE SET ON 01/08/2004 | DER |
| 11/18/2003 2:15:46 AM | DOCK | NOTICE SENT: 11/18/2003 MANN TEDDY LEE | DER |
| 11/18/2003 2:16:21 AM | DOCK | NOTICE SENT: 11/18/2003 GIBBS JOHN MARCUS | DER |
| 11/18/2003 2:16:46 AM | DOCK | NOTICE SENT: 11/18/2003 FLEENOR JAMES E JR | DER |
| 11/18/2003 2:16:47 AM | DOCK | NOTICE SENT: 11/18/2003 MCKINNEY RICKY J | DER |
| 11/18/2003 2:16:48 AM | DOCK | NOTICE SENT: 11/18/2003 MUDANO MITCHELL SEBASTIA | DER |
| 11/18/2003 2:16:49 AM | DOCK | NOTICE SENT: 11/18/2003 METHENY KRISTIN BRYANCE | DER |
| 11/18/2003 2:16:50 AM | DOCK | NOTICE SENT: 11/18/2003 WOLTER DANIEL SERENUS | DER |
| 11/26/2003 10:18:22 AM | TEXT | NOTICE OF SERVICE OF DISCOVERY DOCUMENTS | JAW |
| 11/26/2003 10:18:23 AM | TEXT | (PLAINTIFF'S RE-NOTICE OF DEPOSITION OF BILL | JAW |

| Date/Time | Type | Description | Init |
|---|---|---|---|
| 11/26/2003 10:18:24 AM | TEXT | DAVIS) FILED BY ATTY. MANN. | JAW |
| 12/1/2003 2:14:02 PM | TEXT | NOTICE OF SERVICE OF DISCOVERY DOCUMENTS(PLAIN- | JAW |
| 12/1/2003 2:14:03 PM | TEXT | TIFF'S SECOND REQUEST FOR PRODUCTION TO DEFENDANT | JAW |
| 12/1/2003 2:14:04 PM | TEXT | AMERICAN MEDICAL SECURITY, INC AND PLAINTIFF'S | JAW |
| 12/1/2003 2:14:05 PM | TEXT | SECOND REQUEST FOR PRODUCTION TO DEFENDANT, | JAW |
| 12/1/2003 2:14:06 PM | TEXT | UNITED WISCONSIN LIFE INSURANCE CO) FILED BY ATTY. | JAW |
| 12/1/2003 2:14:07 PM | TEXT | MANN. | JAW |
| 12/4/2003 8:46:48 AM | TEXT | MOTION FOR VIDEOTAPED DEPOSITION OF THE PLAINTIFF | JAW |
| 12/4/2003 8:46:49 AM | TEXT | FILED BY ATTY. FLEENOR, ET AL. PLACED ON THE | JAW |
| 12/4/2003 8:46:50 AM | TEXT | JUDGE'S DESK. | JAW |
| 12/15/2003 1:28:21 PM | TEXT | PLAINTIFF'S OBJECTION TO NOTICE OF VIDEO | JAW |
| 12/15/2003 1:28:22 PM | TEXT | DEPOSITION FILED BY ATTY. MANN. PLACED ON THE | JAW |
| 12/15/2003 1:28:23 PM | TEXT | JUDGE'S DESK. | JAW |
| 1/14/2004 10:31:52 AM | TEXT | ORDER SIGNED BY JUDGE HARDAWAY GRANTING MOTION | JAW |
| 1/14/2004 10:31:53 AM | TEXT | TO VIDEOTAPE DEPOSITION OF PLAINTIFF BARBARA | JAW |
| 1/14/2004 10:31:54 AM | TEXT | M. PATTERSON. COPIES MAILED TO THE ATTYS. OF | JAW |
| 1/14/2004 10:31:55 AM | TEXT | RECORD. | JAW |
| 1/14/2004 10:32:05 AM | TRAN | TRANSMITTAL NOTICE SENT TO ALL ATTORNEYS | JAW |
| 1/16/2004 2:08:28 AM | DAT3 | CASE SET ON 04/27/2004 | DER |
| 1/22/2004 11:52:12 AM | TEXT | PLAINTIFF'S RE-NOTICE OF DEPOSITION OF BILL | JAW |
| 1/22/2004 11:52:13 AM | TEXT | DAVIS FILED BY ATTY. MANN. | JAW |
| 1/26/2004 12:02:25 AM | TEXT | RE-NOTICE OF VIDEO DEPOSITION OF BARBARA | JAW |
| 1/26/2004 12:02:26 AM | TEXT | PATTERSON FILED BY ATTYS. WINN, FLEENOR, MCKINNEY | JAW |
| 1/26/2004 12:02:27 AM | TEXT | & MUDANO. | JAW |
| 3/16/2004 1:18:59 AM | DOCK | NOTICE SENT: 03/16/2004 MANN TEDDY LEE | DER |
| 3/16/2004 1:19:04 AM | DOCK | NOTICE SENT: 03/16/2004 GIBBS JOHN MARCUS | DER |
| 3/16/2004 1:19:11 AM | DOCK | NOTICE SENT: 03/16/2004 FLEENOR JAMES E JR | DER |
| 3/16/2004 1:19:13 AM | DOCK | NOTICE SENT: 03/16/2004 MCKINNEY RICKY J | DER |
| 3/16/2004 1:19:14 AM | DOCK | NOTICE SENT: 03/16/2004 MUDANO MITCHELL SEBASTIA | DER |
| 3/16/2004 1:19:15 AM | DOCK | NOTICE SENT: 03/16/2004 METHENY KRISTIN BRYANCE | DER |
| 3/16/2004 1:19:16 AM | DOCK | NOTICE SENT: 03/16/2004 WOLTER DANIEL SERENUS | DER |
| 4/27/2004 1:43:59 AM | DAT1 | CASE SET ON 08/02/2004 | DER |
| 5/11/2004 10:36:30 AM | TRAN | TRANSMITTAL NOTICE SENT TO ALL ATTORNEYS | JAW |
| 6/10/2004 1:13:59 AM | DOCK | NOTICE SENT: 06/10/2004 MANN TEDDY LEE | DER |
| 6/10/2004 1:14:13 AM | DOCK | NOTICE SENT: 06/10/2004 GIBBS JOHN MARCUS | DER |
| 6/10/2004 1:14:20 AM | DOCK | NOTICE SENT: 06/10/2004 FLEENOR JAMES E JR | DER |
| 6/10/2004 1:14:22 AM | DOCK | NOTICE SENT: 06/10/2004 MCKINNEY RICKY J | DER |
| 6/10/2004 1:14:23 AM | DOCK | NOTICE SENT: 06/10/2004 MUDANO MITCHELL SEBASTIA | DER |
| 6/10/2004 1:14:24 AM | DOCK | NOTICE SENT: 06/10/2004 METHENY KRISTIN BRYANCE | DER |
| 6/10/2004 1:14:25 AM | DOCK | NOTICE SENT: 06/10/2004 WOLTER DANIEL SERENUS | DER |
| 8/6/2004 1:36:04 PM | ATTY | LISTED AS ATTORNEY FOR D002: WINN HARLAN FRANK II | JAW |
| 8/6/2004 1:36:05 PM | ATTY | LISTED AS ATTORNEY FOR D002: CLEMMER MICHAEL JAY | JAW |
| 8/6/2004 1:36:57 PM | ATTY | LISTED AS ATTORNEY FOR D001: WINN HARLAN FRANK II | JAW |
| 8/6/2004 1:36:58 PM | ATTY | LISTED AS ATTORNEY FOR D001: CLEMMER MICHAEL JAY | JAW |
| 8/10/2004 1:17:05 AM | DAT3 | CASE SET ON 09/30/2004 | DER |
| 8/18/2004 1:40:59 AM | DOCK | NOTICE SENT: 08/18/2004 MANN TEDDY LEE | DER |
| 8/18/2004 1:40:59 AM | DOCK | NOTICE SENT: 08/18/2004 GIBBS JOHN MARCUS | DER |
| 8/18/2004 1:41:05 AM | DOCK | NOTICE SENT: 08/18/2004 FLEENOR JAMES E JR | DER |
| 8/18/2004 1:41:06 AM | DOCK | NOTICE SENT: 08/18/2004 MCKINNEY RICKY J | DER |
| 8/18/2004 1:41:07 AM | DOCK | NOTICE SENT: 08/18/2004 MUDANO MITCHELL SEBASTIA | DER |
| 8/18/2004 1:41:08 AM | DOCK | NOTICE SENT: 08/18/2004 METHENY KRISTIN BRYANCE | DER |
| 8/18/2004 1:41:09 AM | DOCK | NOTICE SENT: 08/18/2004 WINN HARLAN FRANK III | DER |
| 8/18/2004 1:41:10 AM | DOCK | NOTICE SENT: 08/18/2004 CLEMMER MICHAEL JAY | DER |
| 8/18/2004 1:41:11 AM | DOCK | NOTICE SENT: 08/18/2004 WOLTER DANIEL SERENUS | DER |
| 10/5/2004 1:24:47 AM | DAT1 | CASE SET ON 01/06/2005 | DER |