PAGE   25/35

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | | |
|---|---|---|
| Evelyn C. Saucier, et al<br>Plaintiffs | * | RECEIVED JUL 1 8 2001 |
| | * | |
| vs. | * | CV 2001 1188 |
| | * | (1) PL-DEFS' MOTION TO |
| United Wisconsin Life Ins. Co, et al<br>Defendant | * | DISMISS |
| | * | (2) PL-Ps' MOTIONS TO |
| | ORDER | COMPEL |

(3) PL-DEFS' MOTION TO STAY
DISCOVERY
(4) PL-DISCOVERY + SCHEDULING

Defendants United Wisconsin Life Insurance Co and American Medial Security Inc.,'s Motion to Dismiss is denied.

Plaintiff's Motion to Compel Defendant United Wisconsin Life Insurance Co., American Medial Security Inc. and AmSouth Bank as Trustee of the Prescription for Good Health Trust to respond fully to Plaintiff's Written Discovery Request is granted.

Defendants' Motion for Protective Order is granted.

Done this the 16th day of July 2001.

Judge Herman Thomas

Cc:    Steve Olen, Esquire
       Lynn E. Hare, Esquire
       Jerry Hillman, Esquire
       Jerry McDowell, Esquire

EXHIBIT
D