

## alacourt.com's

## OffLine Case Detail

## Complete Through 6/15/2003

Settings | Parties | Witness List

You can check this case in the RealTime System here

| Case | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| County | 06 - Barbour - Clayton | Case Number | CV199900013400 | JID | LBS | Trial | J | |
| Style | PEGGY D. BEATY ET AL VS AMERICAN MEDICAL SECURITY ET AL | | | | | | | |
| Code | TBFM | Type | BAD FAITH/FRAUD/MISR | Filed | 8/5/1999 | Track | | |
| Amount | | Status | D | Plaintiffs | 002 | Defendants | 004 | |
| DJID | LBS | Court Action | W - DISMISSED W/PREJUDICE/WANT OF PROSECUTION 6/24/2002 | | | For | B | |
| Damages-Comp | | Damages-Pun | | Damages-Gen | | No Damages | | |
| Trial Days | 0001 | Lien | | | | | | |

| Settings | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date 1 | 1/28/2002 | Que 1 | 001 | Time 1 | 0100 P | Description | MOTD - MOTION DOCKET | |
| Date 2 | 5/13/2002 | Que 2 | 001 | Time 2 | 0830 A | Description | PTRC - PRETRIAL CONFERENCE | |
| Date 3 | 2/19/2002 | Que 3 | 001 | Time 3 | 0830 A | Description | SCHC - SCHEDULE CONFERENCE | |
| Date 4 | 6/5/2002 | Que 4 | 001 | Time 4 | 0800 A | Description | JTRL - TRIAL - JURY | |
| Cont Date | 1/22/2002 | Why | | | | Cont # | 02 | |
| RevJmt | | Admin Date | | Why | | | | |
| Appeal Date | 1/13/2000 | CRT | S | Case | 000000000000 | | | |
| TBNV1 | | TBNV2 | | DSDT | | DTYP | U | |
| Comment 1 | 06/05/02 SETTLED//ATTORNEYS PREPARING ORDER | | | | | | | |
| Comment 2 | | | | | | | | |

| Party 1 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | C001 | Name | BEATY PEGGY D | | | Type | I |
| INDX | D AMERICAN MED | ANAM | | | | JID | LBS |
| SSN | XXX-XX- | Address 1 | | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AL | | | Phone | 334-000-0000 |
| Atty 1 | PIT003 | Atty 2 | COC017 | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | W | Date | 6/24/2002 | For | B | Exep | |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

| Party 2 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | C002 | Name | BEATY JOHN F | | | Type | I |
| INDX | D AMERICAN MED | ANAM | | | | JID | LBS |
| SSN | XXX-XX- | Address 1 | | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AL | | | Phone | 334-000-0000 |
| Atty 1 | PIT003 | Atty 2 | COC017 | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |

EXHIBIT F

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | W | Date | 6/24/2002 | For | B | Exep | |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Party 3**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | D001 | Name | AMERICAN MEDICAL SECURITY | | | Type | B |
| INDX | C BEATY PEGGY | ANAM | | | | JID | LBS |
| SSN | XXX-XX- | Address 1 | P.O. BOX 19032 | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | GREEN BAY WI 54307 9032 | | | Phone | 334-000-0000 |
| Atty 1 | BOL024 | Atty 2 | FLE013 | Atty 3 | MCK030 | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 8/6/1999 | Type | C | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 8/9/1999 | Type | C | Serv On | | By | |
| Answer | 9/21/1999 | Type | D | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | W | Date | 8/6/2001 | For | D | Exep | |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Party 4**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | D002 | Name | UNITED WISCONSIN LIFE IC | | | Type | B |
| INDX | C BEATY PEGGY | ANAM | | | | JID | LBS |
| SSN | XXX-XX- | Address 1 | C/O THE CORPORATION CO | | | Sex | |
| DOB | | Address 2 | 2000 INTERSTATE PK SU 204 | | | Race | |
| Country | US | City | MONTGOMERY AL 36109 | | | Phone | 334-000-0000 |
| Atty 1 | BOL024 | Atty 2 | FLE013 | Atty 3 | MCK030 | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 8/6/1999 | Type | C | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 8/9/1999 | Type | C | Serv On | | By | |
| Answer | 9/21/1999 | Type | D | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | W | Date | 6/24/2002 | For | B | Exep | |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Party 5**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | D003 | Name | STELL RONALD M | | | Type | I |
| INDX | C BEATY PEGGY | ANAM | | | | JID | LBS |
| SSN | XXX-XX- | Address 1 | P.O. BOX 370 | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | LOUISVILLE AL 36048 | | | Phone | 334-000-0000 |
| Atty 1 | BOL024 | Atty 2 | FLE013 | Atty 3 | MCK030 | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 8/6/1999 | Type | C | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 8/9/1999 | Type | C | Serv On | | By | |
| Answer | 9/21/1999 | Type | D | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | W | Date | 8/6/2001 | For | D | Exep | |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Party 6**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | D004 | Name | MCCREARY KAREN | | | Type | I |
| INDX | C BEATY PEGGY | ANAM | | | | JID | LBS |

COWAN & POTTER, P.C.

Page 3 of 7

| SSN | XXX-XX- | Address 1 | 1002 OLD FOREST ROAD | | | Sex | |
|---|---|---|---|---|---|---|---|
| DOB | | Address 2 | | | | Race | |
| Country | US | City | BIRMINGHAM AL 35243 | | | Phone | 334-000-0000 |
| Atty 1 | BOL024 | Atty 2 | FLE013 | Atty 3 | MCK030 | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 8/6/1999 | Type | C | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 8/10/1999 | Type | C | Serv On | | By | |
| Answer | 9/21/1999 | Type | D | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | W | Date | 8/6/2001 | For | D | Exep | |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

Case Action Summary

| Date | Code | Comments | Operator |
|---|---|---|---|
| 8/6/1999 9:52:07 AM | FILE | FILED THIS DATE: 08/05/1999 (AV01) | DAN |
| 8/6/1999 9:52:08 AM | ASSJ | ASSIGNED TO JUDGE: HON. BURT SMITHART (AV01) | DAN |
| 8/6/1999 9:52:09 AM | TDMJ | JURY TRIAL REQUESTED (AV01) | DAN |
| 8/6/1999 9:52:10 AM | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | DAN |
| 8/6/1999 9:52:11 AM | ORIG | ORIGIN: INITIAL FILING (AV01) | DAN |
| 8/6/1999 9:54:39 AM | PART | BEATY PEGGY D ADDED AS C001 (AV02) | DAN |
| 8/6/1999 9:54:40 AM | ATTY | LISTED AS ATTORNEY FOR C001: PITTMAN, W LEE (AV02) | DAN |
| 8/6/1999 9:54:41 AM | ATTY | LISTED AS ATTORNEY FOR C001: COCHRAN, JAMES CHRIS | DAN |
| 8/6/1999 9:54:57 AM | PART | BEATY JOHN F ADDED AS C002 (AV02) | DAN |
| 8/6/1999 9:54:58 AM | ATTY | LISTED AS ATTORNEY FOR C002: PITTMAN, W LEE (AV02) | DAN |
| 8/6/1999 9:54:59 AM | ATTY | LISTED AS ATTORNEY FOR C002: COCHRAN, JAMES CHRIS | DAN |
| 8/6/1999 10:03:03 AM | PART | AMERICAN MEDICAL SECURITY ADDED AS D001 (AV02) | DAN |
| 8/6/1999 10:03:04 AM | SUMM | CERTIFIED MAI ISSUED: 08/06/1999 TO D001 (AV02) | DAN |
| 8/6/1999 10:04:20 AM | PART | UNITED WISCONSIN LIFE IC ADDED AS D002 (AV02) | DAN |
| 8/6/1999 10:04:21 AM | SUMM | CERTIFIED MAI ISSUED: 08/06/1999 TO D002 (AV02) | DAN |
| 8/6/1999 10:05:06 AM | PART | STELL RONALD M ADDED AS D003 (AV02) | DAN |
| 8/6/1999 10:05:07 AM | SUMM | CERTIFIED MAI ISSUED: 08/06/1999 TO D003 (AV02) | DAN |
| 8/6/1999 10:06:08 AM | PART | MCCREARY KAREN ADDED AS D004 (AV02) | DAN |
| 8/6/1999 10:06:09 AM | SUMM | CERTIFIED MAI ISSUED: 08/06/1999 TO D004 (AV02) | DAN |
| 8/6/1999 10:10:04 AM | TEXT | PLTS 1ST SET OF INTERR, R FOR P OF DOCUMENTS, | DAN |
| 8/6/1999 10:10:05 AM | TEXT | AND R FOR A TO DEFS AMS & UWLIC | DAN |
| 8/6/1999 10:10:31 AM | TEXT | PLTS 1ST INTERR TO STELL & MCCREARY | DAN |
| 8/10/1999 2:25:06 PM | SERC | SERVICE OF CERTIFIED MAI ON 08/09/1999 FOR D003 | EVH |
| 8/12/1999 10:37:31 AM | SERC | SERVICE OF CERTIFIED MAI ON 08/09/1999 FOR D001 | EVH |
| 8/12/1999 10:37:43 AM | SERC | SERVICE OF CERTIFIED MAI ON 08/09/1999 FOR D002 | EVH |
| 8/12/1999 10:38:01 AM | SERC | SERVICE OF CERTIFIED MAI ON 08/10/1999 FOR D004 | EVH |
| 9/21/1999 10:40:37 AM | ATTY | LISTED AS ATTORNEY FOR D002: HARE, LYNN ETHERIDGE | EVH |
| 9/21/1999 10:40:38 AM | ATTY | LISTED AS ATTORNEY FOR D002: CLEMENT, KORI L(AV02) | EVH |
| 9/21/1999 10:40:39 AM | ANSW | ANSWER OF COMP DENIED ON 09/21/1999 FOR D002(AV02) | EVH |
| 9/21/1999 10:42:33 AM | TEXT | DEFENDANTS AMERICAN MEDICAL SECURITY, INC.'S AND | EVH |
| 9/21/1999 10:42:34 AM | TEXT | UNITED WISCONSIN LIFE INSURANCE COMPANY'S | EVH |
| 9/21/1999 10:42:35 AM | TEXT | RESPONSE TO PLAINTIFFS' FIRST SET OF REQUEST FOR | EVH |
| 9/21/1999 10:42:36 AM | TEXT | ADMISSIONS. | EVH |
| 9/21/1999 10:42:37 AM | TEXT | DEFENDANTS AMERICAN MEDICAL SECURITY, INC.'S, | EVH |
| 9/21/1999 10:42:38 AM | TEXT | RONALD M. STELL'S AND KAREN MCCREARY'S MOTION TO | EVH |
| 9/21/1999 10:42:39 AM | TEXT | DISMISS. | EVH |
| 9/24/1999 8:07:11 AM | TEXT | MOTION TO COMPEL ARBITRATION AND TO STAY | JUK |
| 9/24/1999 8:07:12 AM | TEXT | PROCEEDINGS. | JUK |
| 9/28/1999 8:11:28 AM | DOC1 | CASE SET ON 10/19/1999 FOR MOTD | JUK |
| 9/28/1999 8:11:29 AM | DOCK | DOCKET NOTICE SENT TO PLAINTIFF ATTORNEY | JUK |
| 9/28/1999 8:11:34 AM | DOCK | DOCKET NOTICE SENT TO DEFENDANT | JUK |
| 9/28/1999 8:11:41 AM | DOCK | DOCKET NOTICE SENT TO NO NAME | JUK |
| 9/28/1999 9:26:15 AM | ATTY | LISTED AS ATTORNEY FOR D001: HARE, LYNN ETHERIDGE | JUK |

| Date/Time | Type | Description | Initials |
|---|---|---|---|
| 9/28/1999 9:26:16 AM | ATTY | LISTED AS ATTORNEY FOR D001: CLEMENT, KORI L(AV02) | JUK |
| 9/28/1999 9:27:27 AM | ATTY | LISTED AS ATTORNEY FOR D003: HARE, LYNN ETHERIDGE | JUK |
| 9/28/1999 9:27:28 AM | ATTY | LISTED AS ATTORNEY FOR D003: CLEMENT, KORI L(AV02) | JUK |
| 9/28/1999 9:27:44 AM | ATTY | LISTED AS ATTORNEY FOR D004: HARE, LYNN ETHERIDGE | JUK |
| 9/28/1999 9:27:45 AM | ATTY | LISTED AS ATTORNEY FOR D004: CLEMENT, KORI L(AV02) | JUK |
| 9/28/1999 9:31:40 AM | ANSW | ANSWER OF COMP DENIED ON 09/21/1999 FOR D001(AV02) | JUK |
| 9/28/1999 9:32:22 AM | ANSW | ANSWER OF COMP DENIED ON 09/21/1999 FOR D003(AV02) | JUK |
| 9/28/1999 9:32:33 AM | ANSW | ANSWER OF COMP DENIED ON 09/21/1999 FOR D004(AV02) | JUK |
| 10/4/1999 11:29:42 AM | TEXT | PLAINTIFFS' MEMORANDUM BRIEF IN OPPOSITION TO | EVH |
| 10/4/1999 11:29:43 AM | TEXT | DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO | EVH |
| 10/4/1999 11:29:44 AM | TEXT | STAY PROCEEDINGS. | EVH |
| 10/13/1999 2:09:32 PM | TEXT | PLAINTIFFS' RESPONSE TO THE MOITON TO DISMISS | EVH |
| 10/13/1999 2:09:33 PM | TEXT | FILED BY AMERICAN MEDICAL SECURITY, INC.; RONALD | EVH |
| 10/13/1999 2:09:34 PM | TEXT | M STELL; AND KAREN MCCREARY. | EVH |
| 12/15/1999 2:51:43 PM | TEXT | DEFS MOTION TO COMPEL ARBITRATION AND TO STAY | DAN |
| 12/15/1999 2:51:58 PM | TEXT | PROCEEDING IS DENIED (ORDER) | DAN |
| 1/5/2000 3:39:03 PM | TEXT | NOTICE OF INTENT TO SERVE SUBPOENA ON NON-PARTY. | EVH |
| 1/13/2000 3:40:19 PM | APPL | APPEALED ON: 01/13/2000 IN SUPREME COURT (AV01) | DAN |
| 1/13/2000 3:41:00 PM | TEXT | NOTICE OF APPEAL, SECURITY FOR COSTS, DESIGNATION | DAN |
| 1/13/2000 3:41:01 PM | TEXT | OF RECORD ON APPEAL, TRANSCRIPT STATUS & | DAN |
| 1/13/2000 3:41:02 PM | TEXT | CERTIFICATE OF FILING | DAN |
| 1/13/2000 3:42:00 PM | TEXT | DOCKETING STATEMENT | DAN |
| 1/19/2000 2:46:52 PM | TEXT | PLTS/APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS | DAN |
| 1/19/2000 2:46:53 PM | TEXT | TO BE INCLUDED IN THE RECORD ON APPEAL AND MOTION | DAN |
| 1/19/2000 2:46:54 PM | TEXT | FOR AN ORDER INSTRUCTING DEFS/APPELLANTS TO REQUES | DAN |
| 1/19/2000 2:46:55 PM | TEXT | INCLUSION OF SUCH ADDITIONAL ITEMS IN THE RECORD | DAN |
| 1/19/2000 2:46:56 PM | TEXT | ON APPEAL | DAN |
| 1/26/2000 1:13:32 PM | TEXT | SUPPLEMENTAL DESIGNATION OF RECORD FOR APPEAL | EVH |
| 1/26/2000 1:13:33 PM | TEXT | TO THE SUPREME COURT OF ALABAMA FILED BY DEFS | DAN |
| 2/16/2000 9:17:23 AM | TEXT | LETTER OF TRANSMITTAL OF NOTICE OF APPEAL TO | DAN |
| 2/16/2000 9:17:24 AM | TEXT | APPELLATE CLERK BY TRIAL CLERK | DAN |
| 2/28/2000 10:56:28 AM | TEXT | CERTIFICATE OF COMPLETION OF CLERK'S RECORD | DAN |
| 2/28/2000 10:56:29 AM | TEXT | CERTIFICATE OF COMPLETION OF RECORD ON APPEAL | DAN |
| 2/28/2000 10:56:30 AM | TEXT | BY TRIAL CLERK | DAN |
| 2/29/2000 10:57:07 AM | TEXT | LETTER OF TRANSMITTAL OF RECORD ON APPEAL TO | DAN |
| 2/29/2000 10:57:08 AM | TEXT | APPELLATE COURT BY TRIAL CLERK | DAN |
| 7/25/2000 10:13:43 AM | TEXT | CASE AFFIRMED BY THE SUPREME COURT. | DAN |
| 8/23/2000 2:35:35 PM | DAT2 | SET FOR: SCHEDULE CONFERENCE ON 09/19/2000 AT 090 | DAN |
| 8/23/2000 3:32:27 PM | TEXT | AFFIRMED. | EVH |
| 8/24/2000 2:46:59 AM | DOCK | NOTICE SENT: 08/24/2000 CLEMENT KORI L | DAN |
| 12/5/2000 10:07:20 AM | TEXT | PLAINTIFFS' SECOND SET OF INTERROGATORIES, | EVH |
| 12/5/2000 10:07:21 AM | TEXT | REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUEST | EVH |
| 12/5/2000 10:07:22 AM | TEXT | FOR ADMISSIONS TO DEFENDANTS AMERICAN MEDICAL | EVH |
| 12/5/2000 10:07:23 AM | TEXT | SECURITY AND UNITED WISCONSIN LIFE INSURANCE | EVH |
| 12/5/2000 10:07:24 AM | TEXT | COMPANY. | EVH |
| 1/2/2001 9:42:04 AM | TEXT | RULE 5(D) NOTICE. | EVH |
| 1/8/2001 2:06:03 PM | TEXT | MOTION TO COMPEL DEFS TO RESPOND TO THE | JUK |
| 1/8/2001 2:06:04 PM | TEXT | INTERROGATORIES AND REQS FOR PROD OF DOCUMENTS. | JUK |
| 1/10/2001 1:25:47 PM | TEXT | MOTION TO COMPEL GRANTED..DEFENDANTS HAVE 20 DAYS | DAN |
| 1/10/2001 1:25:48 PM | TEXT | TO FULLY RESPOND | DAN |
| 1/17/2001 2:34:14 AM | DOCK | NOTICE SENT: 01/17/2001 PITTMAN W LEE | DAN |
| 1/17/2001 2:36:59 AM | DOCK | NOTICE SENT: 01/17/2001 COCHRAN JAMES CHRIS | DAN |
| 1/17/2001 2:37:00 AM | DOCK | NOTICE SENT: 01/17/2001 HARE LYNN ETHERIDGE | DAN |
| 1/17/2001 2:37:01 AM | DOCK | NOTICE SENT: 01/17/2001 CLEMENT KORI L | DAN |
| 1/17/2001 11:15:35 AM | DAT2 | SET FOR: SCHEDULE CONFERENCE ON 02/20/2001 AT 090 | DAN |
| 3/2/2001 1:33:18 PM | TEXT | NOTICE OF DEPOSITION OF DEFS RONALD M STELL, | JUK |
| 3/2/2001 1:33:19 PM | TEXT | KAREN MCCREARY & AMERICAN MEDICAL SECURITY. | JUK |

| Date/Time | Type | Description | Initials |
|---|---|---|---|
| 3/6/2001 3:54:39 PM | TEXT | RULE 5(D) NOTICE. | EVH |
| 3/14/2001 11:25:11 AM | TEXT | AMENDED ANSWER. | EVH |
| 3/16/2001 8:47:03 AM | TEXT | NOTICE THAT DEF. UNITED WISCONSIN LIFE INS CO.'S | JUK |
| 3/16/2001 8:47:04 AM | TEXT | INTERROGATIRES AND REQS FOR PROD TO PLTFS WAS | JUK |
| 3/16/2001 8:47:05 AM | TEXT | SERVED ON ATTORNEY OF RECORD FOR THE PLTS BY | JUK |
| 3/16/2001 8:47:06 AM | TEXT | US MAIL. | JUK |
| 3/23/2001 2:37:59 PM | TEXT | UNITED WISCONSIN LIFE INS CO. | JUK |
| 3/23/2001 2:38:53 PM | TEXT | MOTION TO COMPEL | JUK |
| 3/29/2001 3:49:19 PM | TEXT | DEFENDANTS AMERICAN MEDICAL SECURITY, INC.'S AND | EVH |
| 3/29/2001 3:49:20 PM | TEXT | UNITED WISCONSIN LIFE INSURANCE COMPANY'S MOTION | EVH |
| 3/29/2001 3:49:21 PM | TEXT | FOR PROTECTIVE ORDER AND BRIEF IN OPPOSITION TO | EVH |
| 3/29/2001 3:49:22 PM | TEXT | PLAINTIFFS' MOTION TO COMPEL. | EVH |
| 4/11/2001 8:27:24 AM | DAT1 | SET FOR: MOTION DOCKET ON 05/18/2001 AT 0900A | EVH |
| 4/11/2001 8:27:53 AM | DESC | DATE 1 DESC CODE CHANGED TO MOTD | EVH |
| 4/11/2001 8:27:54 AM | DOC1 | CASE SET ON 05/18/2001 FOR MOTD | EVH |
| 4/11/2001 8:27:55 AM | DOCK | DOCKET NOTICE SENT TO ALL ATTORNEYS | EVH |
| 4/11/2001 8:28:04 AM | DESC | DATE 1 DESC CODE CHANGED TO MOTD | EVH |
| 4/11/2001 8:28:05 AM | DOC1 | CASE SET ON 05/18/2001 FOR MOTD | EVH |
| 4/11/2001 8:28:06 AM | DOCK | DOCKET NOTICE SENT TO NO NAME | EVH |
| 4/17/2001 1:58:55 PM | TEXT | MOTION FOR PROTECTIVE ORDER FILED ON BEHALF OF | JUK |
| 4/17/2001 1:59:26 PM | TEXT | DEF. AMERICAN MEDICAL SECURITY. | JUK |
| 4/17/2001 2:33:03 PM | TEXT | NOTICE OF DEPOSITION OF DEFS, KAREN MCCREARY & | JUK |
| 4/17/2001 2:33:04 PM | TEXT | AMERICAN MEDICAL SECURITY. | JUK |
| 4/24/2001 2:35:21 PM | TEXT | PLAINTIFFS' FOURTH SET OF INTERROGATORIES, AND | EVH |
| 4/24/2001 2:35:22 PM | TEXT | REQUESTS FOR PRODUCTION OF DOCUMENTS TO | EVH |
| 4/24/2001 2:35:40 PM | TEXT | DEFENDANTS AMERICAN MEDICAL SECURITY AND UNITED | EVH |
| 4/24/2001 2:35:41 PM | TEXT | WISCONSIN LIFE INSURANCE COMPANY. | EVH |
| 5/18/2001 12:03:26 PM | DESC | DATE 1 DESC CODE CHANGED TO MOTD | DAN |
| 5/18/2001 12:03:27 PM | DOC1 | CASE SET ON 07/19/2001 FOR MOTD | DAN |
| 5/18/2001 12:03:28 PM | DOCK | DOCKET NOTICE SENT TO ALL ATTORNEYS | DAN |
| 7/9/2001 9:15:16 AM | TEXT | RULE 5 (D) NOTICE. | EVH |
| 7/13/2001 10:56:45 AM | TEXT | RULE 5(D) NOTICE (DEF.'S RESPONSES TO PLTF.'S | JUK |
| 7/13/2001 10:56:46 AM | TEXT | THIRD SET OF REQ FOR PROD OF DOCUMENTS AND | JUK |
| 7/13/2001 10:56:47 AM | TEXT | REQ FOR ADMISSIONS AND DEF.'S OBJECTIONS TO | JUK |
| 7/13/2001 10:56:48 AM | TEXT | PLTF.'S THIRD SET OF INTERROGATORIES). | JUK |
| 7/19/2001 9:48:08 AM | TEXT | MOTION(S) TO COMPEL RESOLVED AT BENCH..ATTORNEY TO | DAN |
| 7/19/2001 9:48:09 AM | TEXT | PREPARE ORDER ON OLD MOTIONS TO DISMISS | DAN |
| 8/8/2001 9:29:25 AM | PDIS | D001 DISPOSED BY (DISM W/PREDJ) ON 08/06/2001 | DAN |
| 8/8/2001 9:29:43 AM | PDIS | D003 DISPOSED BY (DISM W/PREDJ) ON 08/06/2001 | DAN |
| 8/8/2001 9:29:56 AM | PDIS | D004 DISPOSED BY (DISM W/PREDJ) ON 08/06/2001 | DAN |
| 8/13/2001 2:33:45 AM | DOCK | NOTICE SENT: 08/13/2001 PITTMAN W LEE | DAN |
| 8/13/2001 2:33:46 AM | DOCK | NOTICE SENT: 08/13/2001 COCHRAN JAMES CHRIS | DAN |
| 8/13/2001 2:33:47 AM | DOCK | NOTICE SENT: 08/13/2001 HARE LYNN ETHERIDGE | DAN |
| 8/13/2001 2:33:49 AM | DOCK | NOTICE SENT: 08/13/2001 CLEMENT KORI L | DAN |
| 8/13/2001 2:19:49 PM | DAT2 | CIVIL DOCKET SET ON 09/18/2001 FOR SCHEDULE (AV24) | DAN |
| 8/23/2001 2:45:28 PM | TEXT | PLAINTIFF RESPONSE TO THE DEFENDANT'S | EVH |
| 8/23/2001 2:45:29 PM | TEXT | INTERROGATORIES AND REQUEST FOR PRODUCTION. | EVH |
| 9/12/2001 1:22:18 PM | TEXT | ANSWER FILED BY AMERICAN MEDICAL SECURITY, INC., | EVH |
| 9/12/2001 1:22:19 PM | TEXT | KAREN MCCREARY AND RONALD M STELL. | EVH |
| 10/3/2001 3:08:59 PM | DAT2 | SET FOR: PRETRIAL CONFERENCE ON 12/11/2001 AT 083 | DAN |
| 10/3/2001 3:08:59 PM | DAT3 | SET FOR: TRIAL - JURY ON 01/02/2002 AT 0830A(AV01) | DAN |
| 10/9/2001 1:17:53 PM | TEXT | RULE 5(D) NOTICE. | EVH |
| 10/9/2001 1:29:51 PM | TEXT | NOTICE OF DEPOSITION OF DAWN JADEN, AMERICAN | EVH |
| 10/9/2001 1:29:52 PM | TEXT | MEDICAL SECURITY. | EVH |
| 10/9/2001 1:29:53 PM | TEXT | NOTICE OF DEPOSITION OF JULIE VAN STRATTON, | EVH |
| 10/9/2001 1:29:54 PM | TEXT | AMERICAN MEDICAL SECURITY. | EVH |
| 10/9/2001 1:29:55 PM | TEXT | NOTICE OF DEPOSITION OF JOSEPH KEENE, AMERICAN | EVH |

| Date/Time | Type | Description | Initials |
|---|---|---|---|
| 10/9/2001 1:29:56 PM | TEXT | MEDICAL SECURITY. | EVH |
| 10/9/2001 1:29:57 PM | TEXT | NOTICE OF DEPOSITION OF JEFF MCGLIN, AMERICAN | EVH |
| 10/9/2001 1:29:58 PM | TEXT | MEDICAL SECURITY. | EVH |
| 10/17/2001 1:31:21 PM | TEXT | MOTION FOR EXTENSION OF DISOVERY CUTOFFS. | JUK |
| 10/18/2001 10:56:24 AM | TEXT | MOTION TO COMPEL DEPOSITIONS OR, ALTERNATIVELY, | EVH |
| 10/18/2001 10:56:25 AM | TEXT | MOTION TO EXTEND DEADLINE FOR DEFENDANTS' | EVH |
| 10/18/2001 10:56:26 AM | TEXT | WITNESS LIST. | EVH |
| 10/18/2001 1:05:37 PM | TEXT | MOTION FOR EXTENSION OF DISCOVERY CUTOFFS GRANTED. | JUK |
| 10/23/2001 1:40:30 PM | TEXT | MOTION TO COMPEL DEPOSITIONS OR, ALTERNATIVELY | JUK |
| 10/23/2001 1:40:31 PM | TEXT | MOTION TO EXTEND DEADLINE FOR DEF.'S WITNESS | JUK |
| 10/23/2001 1:40:32 PM | TEXT | LIST GRANTED. EXTENSION THROUGH 11-30-2001. | JUK |
| 10/23/2001 1:52:16 PM | TEXT | MOTION FOR MEDIATION FILED ON BEHALF OF DEFS. | JUK |
| 10/23/2001 1:52:59 PM | TEXT | WISCONSIN LIFE INS CO. | JUK |
| 11/2/2001 3:58:02 PM | TEXT | VIDEO DEPOSITION SUBP ISSUED TO WYNETTE SMITH, | JUK |
| 11/2/2001 3:58:03 PM | TEXT | C/O STATE EMPLOYEE INS BOARD, MONTGOMERY, AL. | JUK |
| 11/2/2001 3:58:04 PM | TEXT | NOTICE OF DEPOSITION OF RONALD WEYERS. | JUK |
| 11/2/2001 3:59:44 PM | TEXT | MOTION TO COMPEL DEFS TO SCHEDULE CERTAIN | JUK |
| 11/2/2001 3:59:45 PM | TEXT | DEPOSITIONS. | JUK |
| 11/2/2001 4:00:16 PM | TEXT | MOTION TO TAKE VIDEO DEPOSITION (WYNETTE SMITH). | JUK |
| 11/5/2001 11:43:45 AM | TEXT | RULE 5(D) NOTICE. | EVH |
| 11/9/2001 3:20:30 PM | TEXT | OPPOSITION TO MOTION TO COMPEL AND MOTION FOR | JUK |
| 11/9/2001 3:20:31 PM | TEXT | PROTECTIVE ORDER. | JUK |
| 11/14/2001 1:57:56 PM | TEXT | PLTF.'S REPLY TO DEF.'S OPPOSITION TO MOTION TO | JUK |
| 11/14/2001 1:57:57 PM | TEXT | COMPEL. | JUK |
| 11/14/2001 2:00:33 PM | TEXT | MOTION TO COMPEL FILED ON BEHALF OF PLTFS. | JUK |
| 11/15/2001 1:51:57 PM | TEXT | NOTICE OF INTENT TO SERVE SUBPOENA ON NON-PARTY, | EVH |
| 11/15/2001 1:51:58 PM | TEXT | FARMER'S EXCHANGE BANK. | EVH |
| 11/15/2001 1:59:44 PM | TEXT | SUBPOENAS ISSUED TO GRADY JACKSON WIMBISH, | EVH |
| 11/15/2001 1:59:45 PM | TEXT | FREITA ERKINS, DELBERT E PHILLIPS AND W J GLOVER. | EVH |
| 11/19/2001 2:22:04 PM | TEXT | MOTION TO COMPEL FILED ON BEHALF OF DEFS. | JUK |
| 11/20/2001 1:18:07 PM | TEXT | AMENDMENT TO COMPLAINT. | EVH |
| 11/26/2001 10:50:52 AM | TEXT | PLAINTIFFS' WITNESS LIST. | EVH |
| 11/28/2001 4:28:25 PM | TEXT | DEFS TO COMPLY WITH JULY 19, 2001 ORDER WITHIN 10 | DAN |
| 11/28/2001 4:28:26 PM | TEXT | DAYS | DAN |
| 11/29/2001 3:58:38 PM | TEXT | MOTION TO CONTINUE TRIAL. | JUK |
| 11/30/2001 2:33:06 PM | TEXT | DEFENDANTS' BRIEF IN SUPPORT OF THEIR MOTION | EVH |
| 11/30/2001 2:33:07 PM | TEXT | FOR SUMMARY JUDGMENT. | EVH |
| 11/30/2001 2:33:08 PM | TEXT | DEFENDANTS' MOTION IN LIMINE. | EVH |
| 11/30/2001 2:33:09 PM | TEXT | STIPULATED PROTECTIVE ORDER. | EVH |
| 11/30/2001 2:33:10 PM | TEXT | DEFENDANTS' WITNESS LIST. | EVH |
| 11/30/2001 2:33:11 PM | TEXT | MOTION FOR SUMMARY JUDGMENT. | EVH |
| 11/30/2001 2:33:12 PM | TEXT | MOTION TO STRIKE AMENDED COMPLAINT AND BRIEF IN | EVH |
| 11/30/2001 2:33:13 PM | TEXT | SUPPORT THEREOF. | EVH |
| 11/30/2001 2:33:14 PM | TEXT | NOTICE OF FILING EVIDENCE. | EVH |
| 12/7/2001 2:35:29 PM | TEXT | PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' | EVH |
| 12/7/2001 2:35:30 PM | TEXT | MOTION FOR SUMMARY JUDGMENT. | EVH |
| 12/7/2001 2:35:31 PM | TEXT | EVIDENTIARY MATERIALS SUBMITTED BY PLAINTIFFS IN | EVH |
| 12/7/2001 2:35:32 PM | TEXT | OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY | EVH |
| 12/7/2001 2:35:33 PM | TEXT | JUDGMENT. | EVH |
| 12/7/2001 3:27:46 PM | TEXT | CIVIL SUBPOENA FOR PRODUCTION OF DOCUMENTS | EVH |
| 12/7/2001 3:27:47 PM | TEXT | UNDER RULE 45 ISSUED TO CUSTODIAN OF RECORDS | EVH |
| 12/7/2001 3:27:48 PM | TEXT | FARMER'S EXCHANGE BANK. | EVH |
| 1/11/2002 9:49:28 AM | DAT1 | SET FOR: MOTION DOCKET ON 01/28/2002 AT 0100P | EVH |
| 1/11/2002 9:50:01 AM | DESC | DATE 1 DESC CODE CHANGED TO MOTD | EVH |
| 1/11/2002 9:50:02 AM | DOCK | DOCKET NOTICE SENT TO ALL ATTORNEYS | EVH |
| 1/11/2002 9:50:03 AM | DOC1 | CASE SET ON 01/28/2002 FOR MOTD | EVH |
| 1/11/2002 9:50:10 AM | DESC | DATE 1 DESC CODE CHANGED TO MOTD | EVH |

On-Line SJIS Case Detail. MAY, COWAN & POTTER, P.C.                                    Page 7 of 7

| Date/Time | Code | Description | User |
|---|---|---|---|
| 1/11/2002 9:50:11 AM | DOCK | DOCKET NOTICE SENT TO NO NAME | EVH |
| 1/11/2002 9:50:12 AM | DOC1 | CASE SET ON 01/28/2002 FOR MOTD | EVH |
| 1/22/2002 2:59:50 AM | DOCK | NOTICE SENT: 01/22/2002 PITTMAN W LEE | DAN |
| 1/22/2002 2:59:51 AM | DOCK | NOTICE SENT: 01/22/2002 COCHRAN JAMES CHRIS | DAN |
| 1/22/2002 2:59:52 AM | DOCK | NOTICE SENT: 01/22/2002 HARE LYNN ETHERIDGE | DAN |
| 1/22/2002 2:59:54 AM | DOCK | NOTICE SENT: 01/22/2002 CLEMENT KORI L | DAN |
| 1/22/2002 1:15:48 PM | DAT3 | CIVIL DOCKET SET ON 02/19/2002 FOR SCHEDULE (AV24) | DAN |
| 1/28/2002 4:01:51 PM | TEXT | MOTIONS RESOLVED | DAN |
| 1/29/2002 1:25:39 PM | TEXT | AMENDED ANSWER FILED ON BEHALF OF AMERICAN | JUK |
| 1/29/2002 1:25:40 PM | TEXT | MEDICAL SECURITY, INC, KAREN MCCREARY & | JUK |
| 1/29/2002 1:25:41 PM | TEXT | RONALD M STELL. | JUK |
| 1/29/2002 2:27:48 PM | TEXT | SECOND AMENDED ANSWER FILED ON BEHALF OF | JUK |
| 1/29/2002 2:27:49 PM | TEXT | UNITED WISCONSIN LIFE INS CO. | JUK |
| 1/30/2002 10:47:18 AM | TEXT | RENOTICE OF DEPOSITION OF JACK TAYLOR, M.D. & | JUK |
| 1/30/2002 10:47:19 AM | TEXT | RONALD MICHAEL STELL. | JUK |
| 2/7/2002 11:26:10 AM | TEXT | RULE 5(D) NOTICE. | EVH |
| 2/7/2002 11:27:12 AM | TEXT | STIPULATED PROTECTIVE ORDER. | EVH |
| 2/26/2002 1:44:43 PM | DAT2 | SET FOR: PRETRIAL CONFERENCE ON 05/13/2002 AT 083 | DAN |
| 2/26/2002 1:44:44 PM | DAT4 | SET FOR: TRIAL - JURY ON 06/04/2002 AT 0800A(AV01) | DAN |
| 3/8/2002 10:33:31 AM | TEXT | RULE 5(D) NOTICE. | EVH |
| 4/15/2002 10:48:19 AM | TEXT | NOTICE OF SUBSTITUTION OF COUNSEL. | EVH |
| 4/15/2002 10:50:46 AM | ATTY | LISTED AS ATTORNEY FOR D001: BOLUS PAUL P (AV02) | EVH |
| 4/15/2002 10:50:47 AM | ATTY | LISTED AS ATTORNEY FOR D001: FLEENOR JAMES E JR | EVH |
| 4/15/2002 10:50:48 AM | ATTY | LISTED AS ATTORNEY FOR D001: MCKINNEY RICKY J | EVH |
| 4/15/2002 10:51:06 AM | ATTY | LISTED AS ATTORNEY FOR D002: BOLUS PAUL P (AV02) | EVH |
| 4/15/2002 10:51:07 AM | ATTY | LISTED AS ATTORNEY FOR D002: MCKINNEY RICKY J | EVH |
| 4/15/2002 10:51:08 AM | ATTY | LISTED AS ATTORNEY FOR D002: FLEENOR JAMES E JR | EVH |
| 4/15/2002 10:51:25 AM | ATTY | LISTED AS ATTORNEY FOR D003: BOLUS PAUL P (AV02) | EVH |
| 4/15/2002 10:51:26 AM | ATTY | LISTED AS ATTORNEY FOR D003: MCKINNEY RICKY J | EVH |
| 4/15/2002 10:51:27 AM | ATTY | LISTED AS ATTORNEY FOR D003: FLEENOR JAMES E JR | EVH |
| 4/15/2002 10:51:48 AM | ATTY | LISTED AS ATTORNEY FOR D004: BOLUS PAUL P (AV02) | EVH |
| 4/15/2002 10:51:49 AM | ATTY | LISTED AS ATTORNEY FOR D004: FLEENOR JAMES E JR | EVH |
| 4/15/2002 10:51:50 AM | ATTY | LISTED AS ATTORNEY FOR D004: MCKINNEY RICKY J | EVH |
| 5/2/2002 11:29:24 AM | TEXT | DEF.S MOTION IN LIMINE. | JUK |
| 5/9/2002 2:51:19 PM | TEXT | MOTION IN LIMINE SET FOR MAY 13, 2002 | DAN |
| 5/13/2002 3:05:31 PM | DAT4 | SET FOR: TRIAL - JURY ON 06/05/2002 AT 0800A(AV01) | DAN |
| 5/16/2002 11:34:58 AM | TEXT | NOTICE OF DEPOSITION OF DEFENDANT, JIM MODAFF OF | EVH |
| 5/16/2002 11:34:59 AM | TEXT | AMERICAN MEDICAL SECURITY. | EVH |
| 5/23/2002 2:04:41 PM | TEXT | DEFENDANTS REQUESTED JURY CHARGES | DAN |
| 6/4/2002 2:45:27 PM | TEXT | DEF.S MOTION IN LIMINE TO EXCLUDE NEWSPAPER | JUK |
| 6/4/2002 2:45:28 PM | TEXT | ARTICLE. | JUK |
| 6/5/2002 12:34:19 PM | TEXT | SETTLED///ATTORNEYS PREPARING ORDER | DAN |
| 6/24/2002 9:50:07 AM | TEXT | JOINT STIPULATION OF DISMISSAL WITH PREJUDICE. | JUK |
| 6/25/2002 1:21:54 PM | STAT | CASE ASSIGNED STATUS OF: DISPOSED (AV01) | DAN |
| 6/25/2002 1:21:55 PM | DISP | DISPOSED ON: 06/24/2002 BY (DISM W/PREDJ) (AV01) | DAN |
| 6/25/2002 1:21:56 PM | CACJ | COURT ACTION JUDGE: HON. BURT SMITHART (AV01) | DAN |
| 6/25/2002 1:21:57 PM | PDIS | C001 DISPOSED BY (DISM W/PREDJ) ON 06/24/2002 | DAN |
| 6/25/2002 1:21:58 PM | PDIS | C002 DISPOSED BY (DISM W/PREDJ) ON 06/24/2002 | DAN |
| 6/25/2002 1:21:59 PM | PDIS | D002 DISPOSED BY (DISM W/PREDJ) ON 06/24/2002 | DAN |