

IN THE SUPREME COURT OF ALABAMA
March 24, 2004

1030945

Ex parte American Medical Security, Inc., United Wisconsin Life Insurance Company, and AmSouth Bank. PETITION FOR WRIT OF MANDAMUS: CIVIL (In re: Sheree Littlefield v. American Medical Security, Inc. et al.) (Barbour Circuit Court: CV-03-08).

ORDER

The petition for writ of mandamus to be directed to the Honorable Burt Smithart, Judge of the Circuit Court of Barbour County, Alabama, and the motion to stay, having been duly filed and submitted to the Court,

IT IS ORDERED that the petition for writ of mandamus and the motion to stay are DENIED.

See, Lyons, Johnstone, Harwood, and Woodall, JJ., concur.

Houston, Brown, and Stuart, JJ., dissent.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this 24th day of March, 2004

Robert G Esdale Sr
Clerk, Supreme Court of Alabama

EXHIBIT C