IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| ALEXANDER MYHAND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. CV-05-19 |
| AMERICAN MEDICAL SECURITY, INC., et al., | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

**COME NOW** the undersigned, Ricky J. McKinney, D. Brian O'Dell, and Christian W. Hancock of Burr & Forman, LLP, and hereby give notice of their appearance as additional counsel of record for defendants American Medical Security, Inc. and United Wisconsin Life Insurance Company in the above-captioned case.

Ricky J. McKinney (MCK030)
D. Brian O'Dell (O'D005)
Christian W. Hancock (WAT070)
BURR & FORMAN, LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1348870

James E. Fleenor, Jr. (FLE013)
Harlan F. Winn, III (WIN023)
Michael J. Clemmer (CLE029)
BATTLE FLEENOR GREEN WINN
 & CLEMMER, LLP
The Financial Center
505 North 20th Street, Suite 1150
Birmingham, Alabama 35203
Telephone: (205) 397-8162
Facsimile: (205) 397-8179

Attorneys for Defendants
AMERICAN MEDICAL SECURITY, INC. AND
UNITED WISCONSIN LIFE INSURANCE
COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following counsel of record by placing same in the United States mail, postage prepaid, addressed as follows:

Ted L. Mann, Esq.
Mann, Cowan & Potter, P.C.
Suite 601
2000-B SouthBridge Parkway
Birmingham, Alabama 35209

On this the 12th day of April, 2005.

_____
OF COUNSEL

1348870                             2