IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALEXANDER MYHAND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN MEDICAL SECURITY, INC., )<br>et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.:<br>3:05-cv-489-VPM |

**PLAINTIFF'S MOTION TO STAY
CONSIDERATION OF DEFENDANTS' MOTIONS TO DISMISS
PENDING CONSIDERATION OF PLAINTIFF'S MOTION TO REMAND**

COMES NOW the Plaintiff, Alexander Myhand, and moves this Court for an order temporarily staying consideration of the Defendant AmSouth's Motion to Dismiss Second Amended and Restated Complaint and Defendants United Wisconsin Life Insurance Company and American Medical Security, Inc.'s Motion to Dismiss Second Amended and Restated Complaint on the following grounds:

1. This action was filed on January 28, 2005, in the Circuit Court of Macon County, Alabama.

2. This action was removed by the Defendants on May 23, 2005.

3. The Plaintiff will file in the next seven days a Motion to Remand requesting this Court remand this action to the Circuit Court of Macon County on the grounds that this action was untimely removed, that complete diversity does not exist between the parties and that this Court lacks subject matter jurisdiction over this action.

4. A stay of consideration of the Motions to Dismiss will not prejudice the

Defendants and would facilitate this Court's consideration of the threshold question of whether the Court has jurisdiction or whether this action should be remanded pursuant to 28 U.S.C. § 1446(b).

        Respectfully submitted,

        s/Ted L. Mann
        Ted L. Mann
        AL State Bar No.: ASB-2219-N36T
        Attorney for Plaintiff, Alexander Myhand
        Mann, Cowan & Potter, P.C.
        2000-B SouthBridge Pkwy., Ste. 601
        Birmingham, AL 35209
        Phone: (205) 879-9661
        Fax: (205) 879-9663
        E-mail: ted@mcplaw.com

I hereby certify that on June 7, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Keith Thomas, Esq.
P. O. Box 830899
Tuskegee, AL  36083

James E. Fleenor, Jr., Esq.
Harlan F. Winn, III, Esq.
Michael J. Clemmer, Esq.
Battle, Fleenor, Green, Winn & Clemmer, LLP
Financial Center, Ste. 1150
505 N. 20th St.
Birmingham, AL 35203

Ricky J. McKinney, Esq.
D. Brian O'Dell, Esq.
Christian W. Hancock, Esq.
Burr & Forman, LLP
3100 SouthTrust Tower
420 N. 20th St.
Birmingham, AL 35203

I hereby certify that I have mailed by U. S. Postal Service the document to the

following non-CM/ECF participants:

    Fred D. Gray, Jr., Esq.
    Stanley F. Gray, Esq.
    Gray, Langford, Sapp
    P.O. Box 830239
    Tuskegee, AL 36083

    Respectfully submitted,

    s/Ted L. Mann
    Ted L. Mann
    Mann, Cowan & Potter, P.C.
    2000-B SouthBridge Pkwy., Ste. 601
    Birmingham, AL 35209
    Phone: (205) 879-9661
    Fax: (205) 879-9663
    E-mail: ted@mcplaw.com
    AL State Bar No.: ASB-2219-N36T