**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 8, 2005

## NOTICE OF CORRECTION

| | |
|---|---|
| **From:** | **Clerk's Office** |
| **Case Style:** | **Alexander Myhand v. American Medical Security, Inc., et al.** |
| **Case Number:** | **#3:05-cv-00489- VPM** |
| **Referenced Document:** | **Document #6**<br>**Motion to Stay** |

**This Notice has been docketed to correct the pdf attached to the referenced document. The original pdf contained only one page of the document. The corrected pdf is attached to this document.**