**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 8, 2005

# NOTICE OF REASSIGNMENT

Re:  Alexander Myhand v. American Medical Security, Inc., et al.
     Civil Action No. #3:05-cv-00489-VPM

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now #3:05-cv-00489-MHT-VPM.  This new case number should be used on all future correspondence and pleadings in this action.