IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ALEXANDER MYHAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 3:05-cv-489-MHT-VPM |
| AMERICAN MEDICAL SECURITY, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S EVIDENTIARY SUBMISSION**

COMES NOW the Plaintiff, Alexander Myhand, and files this Evidentiary Submission and identifies the following documents in support of Plaintiff's Motion to Remand.

A. 5/10/05 letter and proposed order from Defendants' counsel to Plaintiff's counsel.

B. Trust Agreement.

C. Group Application.

D. Group Policy.

E. AmSouth Schedule of Fees.

F. Department of Labor questions.

G. Discretionary trust documents.

H. John MacBain deposition testimony.

I. Exclusion Request.

J. *Gadson v. United* - Notice of Class Action

K. *Gadson v. United* - Case Action Summary.

          s/Ted L. Mann
          Ted L. Mann
          AL State Bar No.: ASB-2219-N36T
          Attorney for Plaintiff, Alexander Myhand
          Mann, Cowan & Potter, P.C.
          2000-B SouthBridge Pkwy., Ste. 601
          Birmingham, AL 35209
          Phone: (205) 879-9661
          Fax: (205) 879-9663
          E-mail: ted@mcplaw.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 9, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Keith Thomas, Esq.
P. O. Box 830899
Tuskegee, AL  36083

James E. Fleenor, Jr., Esq.
Harlan F. Winn, III, Esq.
Michael J. Clemmer, Esq.
Battle, Fleenor, Green, Winn & Clemmer, LLP
Financial Center, Ste. 1150
505 N. 20th St.
Birmingham, AL 35203

Ricky J. McKinney, Esq.
D. Brian O'Dell, Esq.
Christian W. Hancock, Esq.
Burr & Forman, LLP
3100 SouthTrust Tower
420 N. 20th St.
Birmingham, AL 35203

I hereby certify that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:

Fred D. Gray, Jr., Esq.
Stanley F. Gray, Esq.
Gray, Langford, Sapp
P.O. Box 830239
Tuskegee, AL 36083

Respectfully submitted,

s/Ted L. Mann
Ted L. Mann
Mann, Cowan & Potter, P.C.
2000-B SouthBridge Pkwy., Ste. 601
Birmingham, AL 35209
Phone: (205) 879-9661
Fax: (205) 879-9663
E-mail: ted@mcplaw.com
AL State Bar No.: ASB-2219-N36T