# BATTLE FLEENOR GREEN WINN & CLEMMER LLP
### ATTORNEYS AT LAW

Michael J. Clemmer
Direct Dial: (205) 397-8165
Email: mclemmer@bfgwc.com

THE FINANCIAL CENTER
505 NORTH 20TH STREET, SUITE 1150
BIRMINGHAM, ALABAMA 35203
(205) 397-8160 • (205) 397-8179 FAX

May 10, 2005

Ted L. Mann, Esq.
Mann, Cowan & Potter, P.C.
Suite 601
2000-B SouthBridge Parkway
Birmingham, AL 35209

      RE:   *Myhand, Alexander. vs. AMS, UWLIC & AmSouth Bank*
            In the Circuit Court of Macon County, Alabama
            Case No: CV-05-19

Dear Ted:

    Please find enclosed a copy of the order I have prepared in response to the request of Judge Howard Bryan. I would appreciate you reviewing the same and confirm your agreement with the content. Once I hear from you, I will forward the same to Judge Bryan.

    I look forward to hearing from you.

                                Kindest personal regards,

                                Michael J. Clemmer

MJC/lgs
Enclosure
cc:    James E. Fleenor, Jr.
       Harlan F. Winn, III
       Ricky J. McKinney



BIRMINGHAM   •   TUSCALOOSA

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| ALEXANDER MYHAND; | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) <br> ) |
| AMERICAN MEDICAL SECURITY, INC., et. al., | ) CIVIL ACTION NO. CV-05-19 <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) <br> ) |

## ORDER

THIS MATTER, having come before the Court on the Defendants' Motion to Dismiss and the Court having considered the arguments of both parties, hereby enters the following Order.

1. The Plaintiff's claims for negligence and wantonness, separate and apart from any claim for fraud, fraudulent concealment or breach of contract, are hereby DISMISSED with prejudice.

2. The Plaintiff's remaining claims for fraud (negligent, reckless or intentional), fraudulent concealment and breach of contract shall remain pending and the Motion to Dismiss is DENIED as to these claims.

DONE and ORDERED this _____ day of _____, 2005.

_____
THE HONORABLE HOWARD F. BRYAN

cc:  Ted L. Mann, Esq.
Mann, Cowan & Potter, P.C.
Suite 601
2000-B SouthBridge Parkway
Birmingham, AL 35209

James E. Fleenor, Jr., Esq./Harlan F. Winn, III, Esq./Michael J. Clemmer, Esq.
Battle, Fleenor, Green, Winn & Clemmer, LLP
505 N. 20th St., Ste. 1150
Birmingham, AL 35203