# APPLICATION FOR GROUP INSURANCE POLICY

Application is Hereby Made To: United Wisconsin Life Insurance Company
Green Bay, Wisconsin

For Group Insurance Policy Number: AB 2000

Applicant name: Trustee of Prescription For Good Health Trust

The above Applicant hereby makes request for and accepts issuance of the above-referenced Group Insurance Policy.

This Application for Group Insurance Policy is hereby attached and to and made part of the referenced Policy as of the Effective date shown on the Policy cover page.

Dated at: Birmingham, Alabama          By: AmSouth Bank, N.A.
                                            Birmingham, Alabama
Dated on: Oct. 10, 2000

Type Name: 
Type Title: Barbara Watson
Vice President

Witnessed By: Jeanne Benth

**COPY**



AP-0001-00-1-00 9/88