# SCHEDULE OF FEES
# FOR
# GROUP INSURANCE TRUST ARRANGEMENTS

**One time set up fees:**

|  |  |
|---|---|
| Acceptance of Trust | $250.00 |

**Annual fees, payable in advance on anniversary date:**

|  |  |
|---|---|
| Base trustee fee | $1,000.00 |
| Per industry sub-account | $100.00 |
| Per group policy owned | $25.00 |

**ansaction fees:**

|  |  |
|---|---|
| Acceptance of new policy | $75.00 |
| Amendment to existing policy | $25.00 |
| Per execution of joinder agreement | $5.00 |



EXHIBIT E

Form 600498