*Working for America's Workforce*

Department of Labor questions regarding "THE PRESCRIPTION FOR GOOD HEALTH TRUST" (Trust):

1. Is this a fully insured Plan?

2. If yes, who is the insurer?

3. If no, what type of benefit arrangement is this?

4. Are claims being paid?

5. Is the trust behind in paying claims?

6. Are legitimate claims being denied?

7. Are premiums different for participants on COBRA?

8. Have premiums increased for all participants?

9. What is the general amount of the increase?

10. Can premiums be changed more often than annually?

11. Is AmSouth a custodian trustee or a discretionary trustee?

12. What exactly is the bank's duties with regard to the Trust?

13. Who determines the premium amount?

14. Who determines if premiums are to be raised?

15. Is membership in this Trust sold to other than Nursing Homes?

16. Please provide the name and telephone number of a contact person at AmSouth Bank.

*10/13/98 TC Tommy Moore w/ DOL — gave him Pat Schaner's #*

**EXHIBIT F**

# AmSouth Bank

AmSouth Bank

# Facsimile

To: Dale Hebert
@Fax: 205-581-7390
From: Jutta (Judy) Walters
Date: Tuesday, October 13, 1998 @ 10:53 AM
Re: Prescription for Good Health Trust
Pages: 3, including this

MESSAGE:

HERE IS THE FAX FROM MR. MOORE AT THE US DEPARTMENT OF LABOR IN ATLANTA. I CALLED AND LEFT A MESSAGE ON HIS VOICE MAIL GIVING HIM YOUR NAME AND PHONE NUMBER.

THANK YOU.

**U.S. Department of Labor**    Pension and Welfare Benefits Administration
100 Alabama Street NW
Atlanta, Georgia 30303



## REGIONAL OFFICE FACSIMILE TRANSMITTAL SHEET

Date: 10/13/98    No. of Pages (including cover sheet): ___

DELIVER TO:

Name: Judy Walters    Voice No. _____

Organization: AmSouth Trust Dept    FAX No. 334-240-1235

FROM:

Name: Tony Moore    Voice No. 404/562-2156

US Dept of Labor (PWBA)    FAX No. 404/562-2169

SUBJECT/COMMENTS:

Attached are our questions regarding the "Prescription for Good Health Trust", per your request.

MAIL ORIGINAL: Yes ___  No ✓

70-6199-00-7

AmSouth Bank
Employee Benefit Department
Post Office Box 830859
Birmingham, Alabama 35283-0859
(205) 326-5422

---

**AmSouth**

Direct Dial:(205)326-5423

July 15, 1998

Mr. Michael Chionopoulos
Abowitz, Rhodes & Dahnke, P.C.
15 N. Robinson, Suite 1000
Oklahoma City, OK 73013

Re: Prescription for Good Health Group Insurance Trust
#70-6199-00-7
Smoot Case

Dear Mike:

I previously faxed you a copy of the trust agreement and an amendment to the trust agreement for the above trust. Correspondence, policies and amendments in this trust consist of approximately 300 pages.

If you have any questions, please contact me at 1-800-284-4100, extension 5423.

Very truly yours,

(Ms.) Dale M. Hebert
Vice President


cc: Jim Pruett

```
TRAN ACCOUNT       TYPE
THGL 706199007
TITLE: PRESCRIPTION FOR GOOD HEALTH TRUST        ACCOUNT TYPE: GROUP INSURANCE
ADMINISTRATIVE OFFICER: HEBERT, DALE M.   INVESTMENT OFFICER: NPM
SECURITY DESCRIPTION                    SECURITY REG    UNITS HELD      PRICE DATE
                                          CARRY VALUE      MARKET VALUE

UNITED WISCONSIN LIFE INS CO GROUP       SM0307514 27          1.000    00/00/00
INS POLICY MASTER POLICY NO AB 2000                  1.00                   1.00
                                         INVESTED INCOME:                   .000

VIRGINIA STATE SPECIFIC RIDER            SM0316358 27          1.000    00/00/00
(BONE MARROW TRANSPLANTS)                            1.00                   1.00
NO. RD-0190-21-00 12/94                  INVESTED INCOME:                   .000

3 AMENDMENTS TO POLICY AB 2000           SM0349920 26          1.000    00/00/00
(7/22/96)                                            1.00                   1.00
                                         INVESTED INCOME:                   .000

AMENDMENT TO POLICY AB 2000              SM0356941 26          1.000    00/00/00
(PO-0054-00-1-00 5/96) (3/24/97)                     1.00                   1.00
                                         INVESTED INCOME:                   .000
```

**PRESS DOWN FOR NEXT PAGE**
PRESS CLEAR OR CANCEL KEY FOR MENU

THGL 706199007
TITLE: PRESCRIPTION FOR GOOD HEALTH TRUST       ACCOUNT TYPE: GROUP INSURANCE
ADMINISTRATIVE OFFICER: HEBERT, DALE M.  INVESTMENT OFFICER: NPM
SECURITY DESCRIPTION                    SECURITY REG    UNITS HELD     PRICE DAT
                                            CARRY VALUE          MARKET VALUE
AMENDMENT TO POLICY AB 2000             SM0362766 26         1.000  00/00/0
(9/5/97)                                         1.00                  1.00
                                        INVESTED INCOME:                .000
          ** TOTAL SUNDRY & MISC **               5.00                5.0000
**  TOTAL ASSETS FOR THIS ACCOUNT                 5.00                5.0000


*** END OF ACCOUNT
PRESS CLEAR OR CANCEL KEY FOR MENU

Case 3:05-cv-00489-MHT-VPM   Document 10-7   Filed 06/09/2005   Page 6 of 6