\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FROM: Randy Schauder

TO: Michelle Peters, Scott Westphal, Mary Jo Wagner, Michelle Simonson, Mike Zerbel

DATE: 7/20/99

SUBJECT: SUMMARY OF AL MEDONE RATE FILINGS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Status of Filings

|  | Reason | Status* |
|---|---|---|
| 10/96 | Initial Old MedOne | Approved |
| 6/98 | EMOC, Trend | Approved |
| 8/98 | EMOC98, Trend | Approved |
| 2/99 | New networks, Trend, TNI | Approved |
| 5/99 | EMOC99, 10% decrease TNI | Pending |
| 6/99 | Same as 2/99 filing, TRUST | Pending |
| 7/12/99 | Same as 5/99 filing, TRUST | Pending |
| 7/13/99 | Universal Choice, TNI, TRUST | Pending |

*Alabama is a file for information state. The filings labeled approved have been stamped "filed" by the state.

Difference in vehicles

The 8/98 filing was filed only under the discretionary trust. The 2/99 filing was filed only under the association vehicle, later on 6/99 it was also filed under the discretionary trust vehicle by Contracts & Compliance.

Difference between 8/98(trust approved rates) and 2/99(TNI approved rates)

Trend: The 8/98 filing anticipated trend for Oct 98(which was put in the starting rates) and then shows trend factors starting with Jan '99 going forward. No increases were implemented for Oct '98 and Jan '99 on S10 plans. Therefore, when the 2/99 filing was prepared to introduce new PPO networks (and mistakenly only filed under TNI) the trend factors were changed accordingly. It is not uncommon to skip a trend increase and our filing states that better than anticipated experience may warrant a downward adjustment in trend. Since we are not required to implement the trend, our current rate level can be justified under both the Trust and TNI approved rate filings.

Networks: The approved 2/99 filing introduced CCN, MHA, and QHP networks under TNI. They have been filed but not approved yet on the trust vehicle. CCN and QHP were implemented on 4/1/99 and as of June 30, 1999 we have sold 5 lives in those 2 networks under the trust vehicle.

History of Rate changes

Note: "S01" is the rating size for the "old" MedOne Plans. "S10" is the rating size for EMOC, EMOC98, EMOC99, and Universal Choice Plans.

|  | S01 | Filing | S10 | Filing |
|---|---|---|---|---|
| 4/97 | 3.0% | none | | |
| 2/98 | 5.0% | none | | |
| 7/98 | 2.4% | 6/98 | | |
| 10/98 | 2.4% | 6/98 | | |
| 1/99 | 2.4% | 6/98 | | |
| 4/99 | 2.4% | 6/98 | 2.4% | 8/98&2/99 |
| 7/99 | 2.4% | 2/99 | -10% | 5/99 |
| 10/99 | 2.4% | 2/99 | 2.4% | 8/98&2/99 |

CONFIDENTIAL PROPRIETARY

CONFIDENTIAL

EXHIBIT G

## Block Renewal of Discretionary Trust MedOnes

Beginning with the November (30 day) and December (60 day) renewal cycle, we will be implementing a "block" rating methodology for all MedOnes currently enrolled in a Discretionary Trust MedOne plan (all non –TNI, excluding true individual plans).

A 10% diagnosis change will apply for each of these MedOnes. Tier and RAF will not be assigned.

Actuarial will provide a monthly report to include:
- State ( and totals by state)
- Group number
- New diagnosis factor
- Renewal underwriter code (and possibly renewal underwriter name)

Designated individual(s) from Underwriting Data Entry will be responsible to process these.

This population accounts for approximately 30-40% of our MedOne renewals each month.

This process will continue monthly until systemmatic automation of all MedOne renewals has been implemented which is estimated in 2001. However, beginning in October 2000, Underwriting Data Entry will be processing the majority of MedOne renewals from an Actuarial file.

THE PROPOSED WORKFLOW IS AS FOLLOWS:

1) Underwriter workques will continue to populate. Renewal claim packets will continue to print.

2) Actuarial will provide a monthly report of MedOnes to be renewed. This report will be provided on the day workques begin populating. The Underwriting renewal processing calendar can be provided for assistance. **Responsibility – Actuarial**

3) The report will be given to Underwriting Data Entry upon receipt. After the renewal claim packets are generated, Data Entry will sort the renewal packets and discard those on the monthly report. The underwriters will not receive any renewal claims packets for these MedOne renewals. **Responsibility – UW Data Entry**

4) A tally of the monthly report will also be forwarded to the Underwriting Supervisors who will deduct this MedOne population from the volume of total renewals that is allocated per underwriter. **Responsibility – Toni and UW Supervsiors**

Block renewal / TMUND002/ 08/01/00    CONFIDENTIAL