**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| ALEXANDER MYHAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 3:05-cv-489-MHT-VPM |
| AMERICAN MEDICAL SECURITY, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S EVIDENTIARY SUBMISSION**

COMES NOW the Plaintiff, Alexander Myhand, and files this Evidentiary Submission and identifies the following documents in support of Plaintiff's Brief in Support of Motion to Remand.

A.  *Curtis Davis v. AMS* - Notice of Removal.

B.  *Hicks v. United Wisconsin* - Order and Report and Recommendation.

C.  Deposition testimony of Barbara Watson.

D.  Various orders regarding dismissal of AmSouth Bank

s/Ted L. Mann
Ted L. Mann
AL State Bar No.: ASB-2219-N36T
Attorney for Plaintiff, Alexander Myhand
Mann, Cowan & Potter, P.C.
2000-B SouthBridge Pkwy., Ste. 601
Birmingham, AL 35209
Phone: (205) 879-9661
Fax: (205) 879-9663
E-mail: ted@mcplaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 9, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Keith Thomas, Esq.
  P. O. Box 830899
  Tuskegee, AL  36083

  James E. Fleenor, Jr., Esq.
  Harlan F. Winn, III, Esq.
  Michael J. Clemmer, Esq.
  Battle, Fleenor, Green, Winn & Clemmer, LLP
  Financial Center, Ste. 1150
  505 N. 20th St.
  Birmingham, AL 35203

  Ricky J. McKinney, Esq.
  D. Brian O'Dell, Esq.
  Christian W. Hancock, Esq.
  Burr & Forman, LLP
  3100 SouthTrust Tower
  420 N. 20th St.
  Birmingham, AL 35203

  I hereby certify that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:

  Fred D. Gray, Jr., Esq.
  Stanley F. Gray, Esq.
  Gray, Langford, Sapp
  P.O. Box 830239
  Tuskegee, AL 36083

Respectfully submitted,

s/Ted L. Mann
Ted L. Mann
Mann, Cowan & Potter, P.C.
2000-B SouthBridge Pkwy., Ste. 601
Birmingham, AL 35209
Phone: (205) 879-9661
Fax: (205) 879-9663
E-mail: ted@mcplaw.com
AL State Bar No.: ASB-2219-N36T