IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ALEXANDER MYHAND,              ) | |
|                                 ) | |
|     Plaintiff,            ) | |
|                                 ) | CIVIL ACTION NO. |
|   v.                            ) | 3:05cv489-T |
|                                 ) | |
| AMERICAN MEDICAL SECURITY, ) | |
| INC., et al.,                  ) | |
|                                 ) | |
|     Defendants.           ) | |

**ORDER**

It is ORDERED that plaintiff's motion to remand (Doc. No. 9), is set for submission, without oral argument, on June 24, 2005, with all briefs due by said date.

DONE, this the 14th day of June, 2005.

                                              /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE