IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALEXANDER MYHAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  3:05CV489-T |
| ) | [WO] |
| AMERICAN MEDICAL SECURITY, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

On 23 May 2005, this action was removed to this court from the Circuit Court of Macon County, Alabama (Doc. # 4).  The court has not conducted a scheduling conference, and in accordance with this court's policy, motions filed in the state court are not necessarily deemed as pending in this court.

Accordingly, it is ORDERED that all of the motions originally filed in the Macon County Circuit Court and filed in this court along with the state court's record be DENIED as moot and without prejudice.  The court will construe as pending only those motions filed after Document # 5, the Certificate Of Removal, filed on 23 May 2005.

The Clerk of the Court is DIRECTED to terminate all motions referenced above.

DONE this 20th day of June, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE